# United States District Court

DISTRICT OF __Massachusetts__

IPC PRINT SERVICES, INC.　　V.　SYSKOPLAN CONSULTING, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04-12341 GAO

TO: (Name and address of defendant)

SYSKOPLAN CONSULTING, INC.
950 WINTER STREET, SUITE 3400
WALTHAM, MASSACHUSETTS 02154

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LOUIS M. CIAVARRA, ESQ.
BOWDITCH & DEWEY LLP
311 MAIN STREET
P.O. BOX 15156
WORCESTER, MA 01615-0156

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

(BY) DEPUTY CLERK

DATE: 11/13/2004

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | November 26th, 2004 |
| NAME OF SERVER (PRINT)  Francis J. Trapasso | TITLE  Constable |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 35 Corporate Drive, Suite 190, in said Burlington, MA by giving in hand to Susan Richards, Controller, Agent and Person in charge of its business at time of service.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $60.00*** | $15.00*** | $75.00*** |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/29/04
            Date

Signature of Server
Francis J. Trapasso, Constable and Disinterested Person
Address of Server
47 Harvard Street, Worcester, MA 01609

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.