# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IPC PRINT SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-12341-GAO |
| | ) | |
| v. | ) | |
| | ) | |
| SYSKOPLAN CONSULTING | ) | NOTICE OF APPEARANCE |
| INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

Please enter the appearance of Nelson G. Apjohn and David L. Ferrera of the law firm

of Nutter, McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard,

Boston, MA 02110-2604, as counsel for the defendant, Syskoplan Consulting Incorporated.

                                    SYSKOPLAN CONSULTING INCORPORATED

                                    /s/ David L. Ferrera
                                    Nelson G. Apjohn (BBO# 020373)
                                    David L. Ferrera (BBO# 631183)
                                    Nutter, McClennen & Fish, LLP
                                    World Trade Center West
                                    155 Seaport Boulevard
                                    Boston, MA  02210-2604
                                    (617) 439-2000

Dated:  December 20, 2004

1388092.1