UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IPC PRINT SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-12341-GAO |
| | ) | |
| v. | ) | |
| | ) | DEFENDANT SYSKOPLAN |
| SYSKOPLAN CONSULTING | ) | CONSULTING INCORPORATED'S |
| INCORPORATED, | ) | CORPORATE DISCLOSURE STATEMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Rule 7.3, defendant Syskoplan Consulting Incorporated ("Syskoplan") hereby submits the following corporate disclosure statement:

1. Syskoplan AG, a publicly traded company on the Frankfurt (Germany) Stock Exchange, is the parent company of Syskoplan.

2. Syskoplan AG owns 10% or more of Syskoplan's stock.

SYSKOPLAN CONSULTING INCORPORATED

/s/ David L. Ferrera
Nelson G. Apjohn (BBO# 020373)
David L. Ferrera (BBO# 631183)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000

Dated:  December 20, 2004

1384743.1