UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IPC PRINT SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-12341-GAO |
| | ) | |
| v. | ) | |
| | ) | |
| SYSKOPLAN CONSULTING | ) | SECOND ASSENTED-TO MOTION TO |
| INCORPORATED, | ) | EXTEND TIME TO RESPOND TO |
| | ) | COMPLAINT |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 6(b) and 12, defendant Syskoplan Consulting Incorporated moves the Court to enlarge the period within which defendant must answer or otherwise respond to the Complaint from January 7, 2005, up to and including January 21, 2005, to allow defendant additional time to prepare its response. Plaintiff assents to the relief sought by this motion.

SYSKOPLAN CONSULTING INCORPORATED

/s/ David L. Ferrera
Nelson G. Apjohn (BBO# 020373)
David L. Ferrera (BBO# 631183)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000

Dated:  January 7, 2005

1393243.1