# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

Michael J. Racette
Phone: 617-737-8823
Fax: 617-342-4917
mracette@morrisonmahoney.com

January 21, 2005

**By Hand**

Civil Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02110

Re:   ICP Print Services, Inc.
vs.   Syskoplan Consulting Incorporated, et al.
        Docket No. 04-12341-GAO
        Our File No. 10017207

Dear Sir/Madam:

Enclosed for filing and docketing in the above-referenced matter please find the following:

1. Notice of Appearance;

2. Defendant, Syskoplan Consulting Incorporated **Assented-To** Motion for Two-Week Enlargement of Time to File Pleading in Response to Plaintiff's Amended Complaint; and

3. Local Rule 7.1 Certification

BOSTON • NEW YORK • LONDON

1122381v1

**MORRISON MAHONEY LLP**

Civil Clerk's Office
United States District Court
January 21, 2005
Page 2

    Thank you for your cooperation in this matter.

                                Very truly yours,

                                <u>/s/Michael J. Racette</u>

:caj
Enclosures

cc:    Louis M. Ciavarra, Esq.
       David L. Ferrera, Esq.
       Nicholas Alexander, Esq.

1122381v1

**MORRISON MAHONEY LLP**

Civil Clerk's Office
United States District Court
January 21, 2005
Page 3


bcc:    Christina N. Terplan, Esq.

1122381v1

**MORRISON MAHONEY LLP**

Civil Clerk's Office
United States District Court
January 21, 2005
Page 4


David L. Ferrera
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604

Louis M Ciavara, Esq.
Bowditch & Dewey, LLP
311 Main Street
Wrocester, MA 01606-0156

Christina N. Terplan, Es.q
Hancock, Rothert & Bunshoft, LLP
Four Embarcadero Center, Ste 300
San Francisco, CA 94111

1122381v1