UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IPC PRINT SERVICES, INC.,<br>    Plaintiff,<br><br>v.<br><br>SYSKOPLAN CONSULTING<br>INCORPORATED, and SYSKOPLAN AG,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   DOCKET NO. 04-12341-GAO<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter our appearance as counsel of record for the defendant, Syskoplan Consulting Incorporated, in the above-entitled case.

> Respectfully Submitted,
> **SYSKOPLAN CONSULTING**
> **INCORPORATED**
> By Its Attorneys,
> MORRISON MAHONEY LLP
>
>
> /s/Michael J. Racette
> Nicholas P. Alexander, BBO #544173
> Michael J. Racette, BBO #555350
> 250 Summer Street
> Boston, MA 02210
> (617) 439-7500