UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IPC PRINT SERVICES, INC., )<br>Plaintiff )<br> )<br>v. )<br> )<br>SYSKOPLAN CONSULTING )<br>INCORPORATED, and SYSKOPLAN AG, )<br>Defendant )<br> ) | DOCKET NO. 04-12341-GAO |

**DEFENDANT, SYSKOPLAN CONSULTING INCORPORATED'S ASSENTED-TO MOTION FOR TWO-WEEK ENLARGEMENT OF TIME TO FILE PLEADING IN RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

NOW COMES the Defendant, Syskoplan Consulting Incorporated ("Defendant"), pursuant to Fed. R. Civ. P. 6(b), and, for the reasons set forth below, respectfully moves that this Court grant a two-week enlargement, from January 21, 2005, to and including February 4, 2005, of the time within which it must file a pleading in response to the plaintiff's Amended Complaint. As grounds therefore, the Defendant states as follows:

1. The plaintiff served a copy of the amended complaint on the Defendant on January 7, 2005 in this matter. Therefore, the current deadline, for the defendant to serve its response thereto, is January 21, 2005.

2. The Defendant recently retained new counsel, Morrison Mahoney, LLP, as its counsel to represent it in this matter.

3. Defendant's new counsel, needs additional time to review with its client the claims made in the amended complaint and the potential responses thereto that may be available or appropriate, in order to properly respond to the allegations contained in the amended complaint.

3. The Plaintiff assents to this motion.

1122294v1

4.   The requested enlargement is requested for good cause and is not being interposed for the purpose of undue delay.

5.   The requested enlargement will not delay the resolution of this case.

WHEREFORE, the Defendant, Syskoplan Consulting Incorporated, respectfully requests that this Honorable Court grant a two-week enlargement, up to and including February 4, 2005, of the time within which the Defendant, Syskoplan Consulting Incorporated, must file a pleading in response to plaintiff's amended complaint.

Respectfully Submitted,

SYSKOPLAN CONSULTING INCORPORATED,
Defendant
By Its Attorneys,
MORRISON MAHONEY LLP

/s/Michael J. Racette
Nicholas P. Alexander, BBO #544173
Michael J. Racette, BBO #555350
250 Summer Street
Boston, MA 02210
(617) 439-7500

**Assented To:**

IPC PRINT SERVICES, INC.,
Plaintiff,
By Its Attorneys,
BOWDITCH & DEWEY, LLP

_____
Louis M. Ciavarra, Esq., BBO #
311 Main Street
Worcester, MA 01601
508-926-3408