UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IPC PRINT SERVICES, INC., <br> Plaintiff, <br><br> v. <br><br> SYSKOPLAN CONSULTING <br> INCORPORATED, and SYSKOPLAN AG, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | DOCKET NO. 04-12341-GAO |

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel for the Defendant, Syskoplan Consulting Incorporated, hereby certifies that he has conferred with counsel for the plaintiffs in this matter, in a good faith attempt to resolve or narrow the issues of dispute raise in the accompanying motion, in accordance with Local Rule 7.1.

Respectfully Submitted,
**SYSKOPLAN CONSULTING INCORPORATED**
By Its Attorneys,
MORRISON MAHONEY LLP

/s/Michael J. Racette
Nicholas P. Alexander, BBO# 544173
Michael J. Racette, BBO #555350
250 Summer Street
Boston, MA 02210
(617) 439-7500

1122310v1