# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

Michael J. Racette
Phone: 617-737-8823
Fax: 617-342-4917
mracette@morrisonmahoney.com

February 4, 2005

Civil Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02110

Re: ICP Print Services, Inc.
vs. Syskoplan Consulting Incorporated, et al.
    Docket No. 04-12341-GAO
    Our File No. 10017207

Dear Sir/Madam:

Enclosed for filing and docketing in the above-referenced matter please find **Answer of Defendant, Syskoplan Consulting, Inc., to Plaintiff's Amended Complaint, and Counterclaim**

Thank you for your cooperation in this matter.

Very truly yours,

/s/Michael J. Racette

:caj
Enclosures

cc: Louis M. Ciavarra, Esq.
    David L. Ferrera, Esq.
    Nicholas Alexander, Esq.

BOSTON • NEW YORK • LONDON

1125373v1

**MORRISON MAHONEY LLP**

Civil Clerk's Office
United States District Court
January 21, 2005
Page 2


bcc:   Christina N. Terplan, Esq.

1125373v1

**MORRISON MAHONEY LLP**

Civil Clerk's Office
United States District Court
January 21, 2005
Page 3


David L. Ferrera
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604

Louis M Ciavara, Esq.
Bowditch & Dewey, LLP
311 Main Street
Wrocester, MA 01606-0156

Christina N. Terplan, Es.q
Hancock, Rothert & Bunshoft, LLP
Four Embarcadero Center, Ste 300
San Francisco, CA 94111