IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IPC PRINT SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 04-12341-GAO |
| | ) | |
| v. | ) | Daniel P. Flynn |
| | ) | (BBO #655180) |
| SYSKOPLAN CONSULTING INC., and SYSKOPLAN, AG, | ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S EX PARTE MOTION TO ENLARGE TIME FOR SERVICE OF THE AMENDED COMPLAINT ON DEFENDANT SYSKOPLAN, AG**

Pursuant to Federal Rule of Civil Procedure 6(b)(2), Plaintiff IPC Print Services, Inc. ("IPC") hereby requests that this Court issue an order amending the Scheduling Order in the above-captioned action by enlarging the time for service of the Complaint on Defendant Syskoplan, AG until July 5, 2005.  In support of this motion, IPC states the following:

1. IPC filed its Complaint on November 3, 2004, naming as defendant Syskoplan Consulting, Inc., a corporation formed under the laws of the state of Delaware and having a principal place of business in Waltham, Massachusetts.

2. IPC filed its Amended Complaint on January 7, 2005, adding Syskoplan, AG, on information and belief the alter ego and owner as a subsidiary of Syskoplan Consulting, Inc.

3. Upon information and belief, Syskoplan, AG is a company organized and existing under the laws of Germany, having its principal place of business at Bartholomäusweg, 26, 33334 Gütersloh, Germany.

GAO

{J:\CLIENTS\lit\304358\0001\00506891.DOC;1}

4.  IPC must effect service of process on Syskoplan, AG in Germany pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents ("Hague Convention"). Federal Rule of Civil Procedure 4(f)(1).

5.  To this effect, IPC has contacted an international service provider, APS International, Ltd., to arrange service of process on Syskoplan, AG in Germany. APS has indicated to IPC that service normally takes 12-16 weeks.

6.  IPC therefore seeks additional time to make service on Syskoplan, AG.

7.  IPC requests that the Scheduling Order be modified to allow IPC to serve Syskoplan, AG up to ad including July 5, 2005.

WHEREFORE, for the foregoing reasons, Plaintiff IPC Print Services, Inc. respectfully requests that this Court issue an order enlarging the time for service of the Amended Complaint on Syskoplan, AG up to and including July 5, 2005.

Respectfully submitted,

IPC PRINT SERVICES, INC.
By its attorneys,

/s/ Daniel P. Flynn
Louis M. Ciavarra, BBO # 546481
Daniel P. Flynn, BBO #655180
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, Massachusetts  01601-0156
Telephone: (508) 926-3408
Facsimile: (508) 929-3011

Dated: February 8, 2005

{J:\CLIENTS\lit\304358\0001\00506891.DOC;1}