IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IPC PRINT SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 04-12341-GAO |
| | ) | |
| v. | ) | Daniel P. Flynn |
| | ) | (BBO #655180) |
| SYSKOPLAN CONSULTING INC., and | ) | |
| SYSKOPLAN, AG, | ) | |
| | ) | |
| Defendants. | ) | |

## EX PARTE MOTION FOR SPECIAL PROCESS SERVER

Pursuant to Federal Rules of Civil Procedure 4(c), the undersigned hereby moves this

Honorable Court for the appointment of APS International, Ltd. as process servers in the above-

captioned action authorized to effect service of process on defendant Syskoplan, AG in Germany

in accordance with the Hague Convention and international law.  Attached hereto is a proposed

Order to Appoint Special Process Server.

The undersigned swears that to the best of his knowledge and belief, the organization to

be appointed process server is experienced in the service of process, is not an individual under

the age of eighteen, and is not a party to this action.

Respectfully submitted,

IPC PRINT SERVICES, INC.
By its attorneys,

/s/ Daniel P. Flynn
Louis M. Ciavarra, BBO # 546481
Daniel P. Flynn, BBO #655180
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, Massachusetts  01610-0156
Telephone: (508) 926-3408
Facsimile: (508) 929-3011

Dated:  February 8, 2005

GAO

{J:\CLIENTS\lit\304358\0001\00506881.DOC;1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IPC PRINT SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 04-12341-GAO |
| | ) | |
| v. | ) | Daniel P. Flynn |
| | ) | (BBO #655180) |
| SYSKOPLAN CONSULTING INC., and | ) | |
| SYSKOPLAN, AG, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER TO APPOINT SPECIAL PROCESS SERVER

IT IS HEREBY ORDERED,

that APS International, Ltd. is authorized to effect service of process on the defendant,

Syskoplan, AG, in Germany in accordance with the Hague Convention and international law.


Dated: _____          _____

(_____, J.)


GAO

{J:\CLIENTS\lit\304358\0001\00506881.DOC;1}