UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred

IPC PRINT SERVICES, INC

V.                                       CA/CR No. __CA 04-12341-GAO__

SYSKOPLAN CONSULTING, IN                 Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __COLLINGS__ for the following proceedings:

| | |
|---|---|
| X | Referred for full pretrial case management, including all dispositive motions. |
| (A) | Referred for full pretrial case management, not including dispositive motions: |
| (B) | Referred for discovery purposes only. |
| (C) | Referred for Report and Recommendation on:<br>( ) Motion(s) for injunctive relief<br>( ) Motion(s) for judgment on the pleadings<br>( ) Motion(s) for summary judgment<br>( ) Motion(s) to permit maintenance of a class action<br>( ) Motion(s) to suppress evidence<br>( ) Motion(s) to dismiss<br>( ) Post Conviction Proceedings[1]<br>See Documents Numbered: _____ |
| (D) | Case referred for events only. See Doc. No(s). _____ |
| (E) | Case referred for settlement. |
| (F) | Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:<br>( ) In accordance with Rule 53, F.R.Civ.P.<br>( ) In accordance with 42 U.S.C. 2000e-5(f)(5) |
| (G) | Special Instructions: _____ |

__APRIL 12, 2005__                    By:   __PAUL S. LYNESS__
Date                                        Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

---

[1] See reverse side of order for instructions