# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IPC PRINT SERVICES, INC.,
    Plaintiff,

V.

SYSKOPLAN CONSULTING, INC.,
    Defendant.

CIVIL ACTION NO:
04-12341-GAO

## *NOTICE OF STATUS CONFERENCE*

Please take notice that a **Status Conference** in the above-entitled case has been scheduled for **Tuesday, August 16, 2005 at 12:00 P.M.** in Courtroom #23, 7th Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 before Robert B. Collings, United States Magistrate Judge.

                                        **ROBERT B. COLLINGS**
                                        **United States Magistrate Judge**

                                        *Kathleen M. Dolan*

                                        **Kathleen M. Dolan**
                                        **Deputy Clerk**
                                        **(617) 748-9229**

May 16, 2005

Notice sent to:
Louis M. Ciavarra, Esquire
Michael J. Racette, Esquire
David L. Ferrera, Esquire