IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IPC PRINT SERVICES, INC., | ) |
| Plaintiff, | ) CIVIL ACTION NO. 04-12341-GAO |
| v. | ) |
| SYSKOPLAN CONSULTING INC., | ) |
| Defendant. | ) |

### MOTION TO RESCHEDULE STATUS CONFERENCE

The parties in the above-entitled action hereby move the Court to reschedule the Status Conference from August 16, 2005 to August 12, 2005, at 11:00 a.m. Counsel for the Plaintiff has consulted with the Magistrate Judge's Clerk and with opposing counsel, and this date is available and agreeable to the Court and counsel.

WHEREFORE, the parties move that the Status Conference in the above-entitled action be held on August 12, 2005, at 11:00 a.m.

IPC PRINT SERVICES, INC.,
By Its Attorney,

Louis M. Ciavarra
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, Massachusetts 01601-0156
Telephone: (508) 926-3408
Facsimile: (508) 929-3011

Dated: 7/7/05

{J:\CLIENTS\lit\304358\0001\00560936.DOC;1}

## CERTIFICATE OF SERVICE

    I, Louis M. Ciavarra, hereby certify that I have served a copy of the foregoing *Motion to Reschedule Status Conference* on the following by mailing same postage prepaid this ___7___ day of July, 2005 to:

Michael J. Racette<br>
Morrison Mahoney LLP<br>
250 Summer Street<br>
Boston, MA 02210

_____<br>
Louis M. Ciavarra, Esquire