

*Bowditch*
*&Dewey*
ATTORNEYS

Direct telephone:  (508) 926-3431
Direct facsimile:  (508) 929-3046
Email:  dflynn@bowditch.com

June 7, 2005

Clerk, Civil Court
United States Courthouse
Suite 2300
1 Courthouse Way
Boston, MA 02210

      **Re:**   ***IPC PRINT SERVICES, INC. v.***
           ***SYSKOPLAN CONSULTING, INC.***
           ***Civil Action No. 04-12341 GAO***

Dear Sir/Madam:

     Enclosed for filing please find Plaintiff's Motion to Enlarge Time for Service of the Amended Complaint on Defendant Syskoplan, AG.  Please be advised that opposing counsel does not intend to oppose this Motion.

     Thank you.

               Very truly yours,

               Daniel P. Flynn

DPF/rl
Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IPC PRINT SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 04-12341-GAO |
| | ) | |
| v. | ) | Daniel P. Flynn |
| | ) | (BBO #655180) |
| SYSKOPLAN CONSULTING INC., and | ) | |
| SYSKOPLAN, AG, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO ENLARGE TIME FOR SERVICE
## OF THE AMENDED COMPLAINT ON DEFENDANT SYSKOPLAN, AG

Pursuant to Federal Rule of Civil Procedure 6(b)(2), Plaintiff IPC Print Services, Inc. ("IPC") hereby requests that this Court issue an order amending the Scheduling Order in the above-captioned action by enlarging the time for service of the Complaint on Defendant Syskoplan, AG until October 5, 2005. In support of this motion, IPC states the following:

1.  IPC filed its Complaint on November 3, 2004, naming as defendant Syskoplan Consulting, Inc., a corporation formed under the laws of the state of Delaware and having a principal place of business in Waltham, Massachusetts.

2.  IPC filed its Amended Complaint on January 7, 2005, adding Syskoplan, AG, on information and belief the alter ego and owner as a subsidiary of Syskoplan Consulting, Inc.

3.  Upon information and belief, Syskoplan, AG is a company organized and existing under the laws of Germany, having its principal place of business at Bartholomäusweg, 26, 33334 Gütersloh, Germany.

GAO

4.      IPC must effect service of process on Syskoplan, AG in Germany pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents ("Hague Convention"). Federal Rule of Civil Procedure 4(f)(1).

5.      To this effect, IPC contacted an international service provider, APS International, Ltd. ("APS"), to arrange service of process on Syskoplan, AG in Germany. APS has indicated to IPC that service normally takes 12-16 weeks.

6.      IPC's motion to amend the scheduling order and appoint APS as special process server was granted by this Court (O'Toole, J.) on March 1, 2005.

7.      IPC did not thereafter engage APS to make service in Germany, however, because an officer of Syskoplan, AG was scheduled to be deposed by Plaintiff on June 16, 2005, at which time he would be served in hand with the Amended Complaint.

8.      However, the June deposition of Syskoplan, AG's officer was recently canceled due to an injury to the deponent.

9.      IPC therefore seeks additional time to make service on Syskoplan, AG in Germany through APS.

10.     IPC requests that the Scheduling Order be modified to allow IPC to serve Syskoplan, AG up to and including October 5, 2005.

WHEREFORE, for the foregoing reasons, Plaintiff IPC Print Services, Inc. respectfully requests that this Court issue an order enlarging the time for service of the Amended Complaint on Syskoplan, AG up to and including October 5, 2005.

2

GAO

Respectfully submitted,

IPC PRINT SERVICES, INC.
By its attorneys,

/s/ Daniel P. Flynn
Louis M. Ciavarra, BBO # 546481
Daniel P. Flynn, BBO #655180
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, Massachusetts  01601-0156
Telephone: (508) 926-3408
Facsimile: (508) 929-3011

Dated:  July 7, 2005

GAO

{J:\CLIENTS\lit\304358\0001\00559669.DOC;1}