# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

Michael J. Racette
Phone: 617-737-8823
Fax: 617-342-4917
mracette@morrisonmahoney.com

September 23, 2005

Civil Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02110

Re:    ICP Print Services, Inc.
vs.    Syskoplan Consulting Incorporated and
       Syskoplan AG
       Docket No. 04-12341-GAO
       Our File No. 10020027

Dear Sir/Madam:

Enclosed for filing and docketing in the above-referenced matter please find **Defendant, Syskoplan AG's Assented-To Motion for a Three-Week Enlargement of Time to File Pleading in Response to Plaintiff's Amended Complaint.**

Thank you for your cooperation in this matter.

Very truly yours,

/s/Michael J. Racette

:caj
Enclosures

cc:    Louis M. Ciavarra, Esq.
       Nicholas Alexander, Esq.