UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IPC PRINT SERVICES, INC., )<br>Plaintiff )<br>)<br>v. )<br>)<br>SYSKOPLAN CONSULTING )<br>INCORPORATED, and SYSKOPLAN AG, )<br>Defendant )<br>) | DOCKET NO. 04-12341-GAO |

**DEFENDANT, SYSKOPLAN AG'S ASSENTED-TO MOTION FOR A THREE-WEEK ENLARGEMENT OF TIME TO FILE PLEADING IN RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

NOW COMES the Defendant, Syskoplan AG ("Defendant"), pursuant to Fed. R. Civ. P. 6(b), and, for the reasons set forth below, respectfully moves that this Court grant a three-week enlargement, from September 26, 2005 to and including October 17, 2005, of the time within which it must file a pleading in response to the plaintiff's Amended Complaint. As grounds therefore, the Defendant states as follows:

1. The plaintiff served a copy of the amended complaint on the Defendant on September 6, 2005 in Germany, under the Hague Convention. Therefore, the current deadline, for the defendant to serve its response thereto, is September 26, 2005.

2. The Defendant recently retained counsel, Morrison Mahoney, LLP, as its counsel to represent it in this matter.

3. Defendant's counsel, needs additional time to review with its client the claims made in the amended complaint and the potential responses thereto that may be available or appropriate, in order to properly respond to the allegations contained in the amended complaint.

3. The Plaintiff assents to this motion.

964833v1

4. The requested enlargement is requested for good cause and is not being interposed for the purpose of undue delay.

5. The requested enlargement will not delay the resolution of this case.

WHEREFORE, the Defendant, Syskoplan Consulting Incorporated, respectfully requests that this Honorable Court grant a three-week enlargement, up to and including October 17, 2005, of the time within which the Defendant, Syskoplan AG, must file a pleading in response to plaintiff's amended complaint.

    Respectfully Submitted,

    **SYSKOPLAN AG,**
    Defendant
    By Its Attorneys,
    MORRISON MAHONEY LLP

    /s/Michael J. Racette
    Nicholas P. Alexander, BBO #544173
    Michael J. Racette, BBO #555350
    250 Summer Street
    Boston, MA 02210
    (617) 439-7500

**Assented To:**

**IPC PRINT SERVICES, INC.,**
Plaintiff,
By Its Attorneys,
BOWDITCH & DEWEY, LLP

/s/Louis M. Ciavarra
Louis M. Ciavarra, Esq., BBO # 5468481
311 Main Street
Worcester, MA 01601
508-926-3408

964833v1