# United States District Court
# District of Massachusetts

IPC PRINT SERVICES, INC.,
    Plaintiff,

    V.                  CIVIL ACTION NO. 2004-12341-GAO

SYSKOPLAN CONSULTING INCORPORATED,
SYSKOPLAN, AG,
    Defendants.

## **_ORDER_**

COLLINGS, U.S.M.J.

    Pursuant to L.R. 16.1(B)(3), counsel for each party are directed to notify the Court in writing, **_on or before the close of business on Monday, October 17, 2005,_** whether or not their clients consent to the reassignment of this case to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

                                    /s/ Robert B. Collings
                                    ROBERT B. COLLINGS
                                    United States Magistrate Judge

Date: September 26, 2005.