APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDU⋯ ND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Massachusetts

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | DER PRÄSIDENT DES OBERLANDESGERICHTES<br>Cecilienallee 3<br>40212 Duesseldorf<br>Nordrhein-Westfalen<br><br>Germany |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the ⋯e-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en l⋯ ⋯nt conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*    Syskoplan AG
    Bartholomäusweg 26, 33334 Gütersloh, Germany
    Tel:

[ ] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[X] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b)*:By personally delivering the documents into the hands ⋯ ⋯y officer, managing agent or any other agent authorized to accept service of process upon the defendant. If you are unable to effect service by this ⋯ ⋯d, please proceed with service in accordance with sub-paragraph (a) above.
[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificat⋯ provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au* ⋯.

**List of documents**
*Enumération des pièces*

Amended Complaint
Summons in a Civil Case
Civil Docket for Case #: 1:04-cv-12341-GAO
Ex Parte Motion for Special Process Server
Order to Appoint Special Process Server
Translations

Done at , the
*Fait à* Minneapolis, Minnesota, U.S.A.    *le*  5 / ⋯5

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)    (Est. 1 ⋯77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: IPC Print Services, Inc. v. Syskoplan Consulting Inc.
Defendant: Syskoplan AG
Court Case No.: 04-12341-GAO

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
- the (date)
- *le (date)*    05. 05. 2005
- at (place, street, number)
- *à (localité, rue numéro)*    Amtsgericht Gütersloh, Friedrich-Ebert-Straße 30

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  - [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    - a) *selon les formes légales (article 5, alinéa premier, lettre a).*
  - [x] (b) in accordance with the following particular method*;
    - b) *selon la forme particulière suivante:* durch Übergabe an einen Vertretungsberechtigten der Zustellungsempfängerin
  - [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
    - c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person) Thomas Hennig, geboren am 07.05.1965, Holtkampstraße 102,
- *(identité et qualité de la personne)* 33415 Verl

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* Gesamtprokurist der Zustellungsempfängerin - AG 3/43 Amtsgericht Gütersloh -

2) ~~that the document has not been served, by reason of the following facts*:~~
*2. ~~que la demande n'a pas été exécutée, en raison des faits suivants:~~*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Documents to be Served, Amended Complaint, Summons in a Civil Case, Civil Docket for Case #: 1:04-cv-12341-GAO, Ex Parte Motion for Special Process Server, Order to Appoint Special Process Server, Translations

Annexes
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____
_____
_____     Done at Gütersloh, the _____ 2005
                                                       *Fait à ___    le _____*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*     Signature and/or stamp.
                                                       *Signature et/ou cachet.*

_____

\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

10 AR 69/05

# EMPFANGSBEKENNTNIS

Die im Zustellungsantrag der Josh R. Cobb APS INTERNATIONAl, LTD, APS International Planza, 7800 Glenroy Road, Minneapolis, Minnesota 55439-3122, US/ vom 5. 5. 2005, Aktenzeichen: _AO 440 (Rev. 10/93
bezeichneten Schriftstücke „ Amended Complaint, Summons in a Civil Case, Civil Docket for Case, 1:04-cv-12341-GAO, Ex Parte Mition for Special Process Server, Order to Appoint Special Process Server nebst Übersetzung" sind mir in meiner Eigenschaft als Prokurist der Zustellungsempfängerin persönlich heute übergeben worden.

33330 Gütersloh, den 05. September 2005

Vorstehende eigenhändige Unterschrift des Herrn Thomas Hennig, geboren am 7. 1965, wohnhaft Rolandstraße 102 in Verl,
ausgewiesen durch Bundespersonalausweis Nummer 5527178443
wird hiermit beglaubigt.

33330 Gütersloh, den 5. 9. 2005

Amtsgericht

(Rautenstrauch)
Rechtspflegerin

Case Name: IPC Print Services, Inc. v. Syskoplan Consulting Inc.
Defendant: Syskoplan AG
Court Case No.: 04-12341-GAO

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* September 5, 2005
   - at (place, street, number)
   - *à (localité, rue numéro)*   Local Court Gütersloh, Friedrich-Ebert-Straße 30

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [x] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* By delivery to an authorized representative of the addressee.

      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* Thomas Hennig, born May 7, 1965, Rolandstraße 102, 33415 Verl

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* Authorized representative of the addressee,
      Commercial Registry Number 3943 Local Court Gütersloh.

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the atta statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Documents to be Served, Amended Complaint, Summons in a Civil Case, Civil Docket for Case #: 1:04-cv-12341-GAO, Ex Parte Mo for Special Process Server, Order to Appoint Special Process Server, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at , the
*Fait à* Gütersloh , *le* September 7, 20

Signature and/or stamp.
*Signature et/ou cachet.*
Court Seal                Signature
                          (Rautenstrauch)
                          Judicial Official

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

10 AR 69/05

## ACKNOWLEDGMENT OF RECEIPT

The documents listed in the service request of Josh R. Cobb, APS INTERNATIONAL, LTD, APS International Plaza, 7800 Glenroe Road, Minneapolis, Minnesota, 55439-3122, USA, dated May 5, 2005, File number A0 440 (Rev. 10/.93), the Amended Complaint Summons in a Civil case, Civil Docket for Case, 1:04-CV-12341-GAO, Ex Parte Motion for Special Process Server, Order to Appoint Special Process Server, with Translation, were personally delivered to me today in my capacity as authorized representative of the service recipient.

33330 Gütersloh, September 5, 2005,

(Signature)

The above handwritten signature of Mr. Thomas Hennig, born May 7, 1965, residing at Rolandstraße 102 in Verl, proven by Federal ID card Number 5527178443, is hereby certified.

33330 Gütersloh, September 5, 2005

Local Court

Signature

(Rautenstrauch)
Judicial Official                    Court Seal