# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

Michael J. Racette
Phone: 617-737-8823
Fax: 617-342-4917
mracette@morrisonmahoney.com

October 17, 2005

**Via E-filing**

Civil Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02110

Re:   ICP Print Services, Inc.
vs.   Syskoplan Consulting Incorporated and
      Syskoplan AG
      Docket No. 04-12341-GAO
      Our File No. 10020027

Dear Sir/Madam:

Enclosed for filing and docketing in the above-referenced matter please find Defendant, Syskoplan AG's **Assented-To** Motion for a **Two-Day** Enlargement of Time to File Pleading in Response to Plaintiff's Amended Complaint.

Thank you for your cooperation in this matter.

Very truly yours,

/s/Michael J. Racette

Enclosure

cc:   Louis M. Ciavarra, Esq.
      Nicholas Alexander, Esq.

BOSTON • NEW YORK • LONDON

1125373v1