# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

Michael J. Racette
Phone: 617-737-8823
Fax: 617-342-4917
mracette@morrisonmahoney.com

October 17, 2005

**Via-electronic filing**

Civil Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02110

Re:   ICP Print Services, Inc.
vs.   Syskoplan Consulting Incorporated and
      Syskoplan AG
      Docket No. 04-12341-GAO
      Our File No. 10017207

Dear Sir/Madam:

This office represents the defendants, Syskoplan Consulting, inc. and Syskoplan AG, in the above-referenced matter. Pursuant to U.S.M.J. Collings' Order dated September 26, 2005, in the above-referenced matter, please be advised that the defendants, Syskoplan Consulting, Inc. and Syskoplan AG, do not consent to the reassignment of this case to U.S.M.J. Collings.

Very truly yours,

/s/Michael J. Racette

cc:   Louis M. Ciavarra, Esq.
      Nicholas Alexander, Esq.

BOSTON • NEW YORK • LONDON

1125373v1