UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IPC PRINT SERVICES, INC.,<br>Plaintiff<br><br>v.<br><br>SYSKOPLAN CONSULTING<br>INCORPORATED, and SYSKOPLAN AG,<br>Defendant | DOCKET NO. 04-12341-GAO |

**DEFENDANT, SYSKOPLAN AG'S ASSENTED-TO MOTION FOR A TWO-DAY ENLARGEMENT OF TIME TO FILE PLEADING IN RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

NOW COMES the Defendant, Syskoplan AG ("Defendant"), pursuant to Fed. R. Civ. P. 6(b), and, for the reasons set forth below, respectfully moves that this Court grant a **two-day** enlargement, from October 17, 2005 to and including October 19, 2005, of the time within which it must file a pleading in response to the plaintiff's Amended Complaint. As grounds therefore, the Defendant states as follows:

1. The plaintiff served a copy of the amended complaint on the Defendant on September 6, 2005 in Germany, under the Hague Convention. Therefore, the original deadline, for the defendant to serve its response thereto, was September 26, 2005.

2. The Defendant retained Morrison Mahoney, LLP, as its counsel to represent it in this matter, shortly before the original deadline of September 26, 2005.

3. The Court allowed the Defendant's assented-to motion for a three-week enlargement (up to and including October 17, 2005) of the time within which it is required to file a responsive pleading.

964833v1

4. The Defendant's counsel's client representative has informed Defendant's counsel that certain information sought by the Defendant's counsel, which is needed for the evaluation of certain potential defenses, has informed counsel that the information cannot be provided until Wednesday, October 19, 2005. Therefore, Defendant's counsel needs additional time to review with its client the information, in order to assess the potential defenses, in order to properly respond to the allegations contained in the amended complaint.

5. The Plaintiff assents to this motion.

6. The requested enlargement is requested for good cause and is not being interposed for the purpose of undue delay.

7. The requested enlargement of two additional days is modest, and will not delay the resolution of this case.

964833v1

WHEREFORE, the Defendant, Syskoplan Consulting Incorporated, respectfully requests that this Honorable Court grant a two-day enlargement, up to and including October 19, 2005, of the time within which the Defendant, Syskoplan AG, must file a pleading in response to plaintiff's amended complaint.

Respectfully Submitted,

**SYSKOPLAN AG,**
Defendant
By Its Attorneys,
MORRISON MAHONEY LLP


/s/Michael J. Racette
Nicholas P. Alexander, BBO #544173
Michael J. Racette, BBO #555350
250 Summer Street
Boston, MA 02210
(617) 439-7500

**Assented To:**

**IPC PRINT SERVICES, INC.,**
Plaintiff,
By Its Attorneys,
BOWDITCH & DEWEY, LLP


/s/Louis M. Ciavarra
Louis M. Ciavarra, Esq., BBO # 5468481
311 Main Street
Worcester, MA 01601
508-926-3408


I hereby certify that a true copy of the
above document was served upon the attorney
of record for each party by  in accordance with
the Fed.R.Civ.P. on October 17, 2005.

___/s/Michael J. Racette__
        Michael J. Racette

964833v1