# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

Michael J. Racette
Phone: 617-737-8823
Fax: 617-342-4917
mracette@morrisonmahoney.com

October 19, 2005

**Via Electronic Filing**
Civil Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02110

Re:    ICP Print Services, Inc.
vs.    Syskoplan Consulting Incorporated, et al.
       Docket No. 04-12341-GAO
       Our File No. 10017207

Dear Sir/Madam:

Enclosed for filing and docketing in the above-referenced matter please find the following:

1. Defendant, Syskoplan AG's, Motion to Dismiss Amended Complaint;

2. Defendant, Syskoplan AG's Memorandum in Support of its Motion to Dismiss the Amended Complaint; and

3. Affidavit of Michael J. Racette.

Thank you for your cooperation in this matter.

Very truly yours,

/s/Michael J. Racette

MJR:caj
Enclosures

cc:    Louis M. Ciavarra, Esq.
       Nicholas Alexander, Esq.

BOSTON ● NEW YORK ● LONDON

1122381v1

**MORRISON MAHONEY LLP**

Civil Clerk's Office
United States District Court
January 21, 2005
Page 2


bcc:   Christina N. Terplan, Esq.

1122381v1

**MORRISON MAHONEY LLP**

Civil Clerk's Office
United States District Court
January 21, 2005
Page 3

Louis M Ciavara, Esq.
Bowditch & Dewey, LLP
311 Main Street
Wrocester, MA 01606-0156

Christina N. Terplan, Es.q
Hancock, Rothert & Bunshoft, LLP
Four Embarcadero Center, Ste 300
San Francisco, CA 94111

1122381v1