UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IPC PRINT SERVICES, INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | DOCKET NO. 04-12341-GAO |
| ) | |
| SYSKOPLAN CONSULTING ) | |
| INCORPORATED, and SYSKOPLAN, AG, ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT, SYSKOPLAN AG'S**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

NOW COMES the Defendant Syskoplan, AG ("SAG"), and, pursuant to Fed. R. Civ. P.

12(b)(2) and (6), hereby moves this Honorable Court to dismiss all of the plaintiff's claims

asserted against it in the plaintiff's Amended Complaint.  As grounds therefore, SAG states that

this Court does not have jurisdiction over SAG, and, even if it did, the plaintiff's Amended

Complaint does not properly allege grounds to pierce the corporate veil and assert liability

against SAG.  The grounds for this motion are more particularly set forth in the accompanying

Memorandum of Law and Affidavit of Manfred Wassel.

968722v1

WHEREFORE, for all of the reasons set forth in the accompanying Memorandum of Law above, the Defendant Syskoplan, AG, respectfully requests that this Honorable Court to dismiss all of the plaintiff's claims asserted against it in the plaintiff's Amended Complaint.

Respectfully Submitted,

**SYSKOPLAN AG,**
Defendant
By Its Attorneys,
MORRISON MAHONEY LLP

/s/Michael J. Racette

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by in accordance with the Fed.R.Civ.P. on October 19, 2005.

___/s/Michael J. Racette___
      Michael J. Racette

Nicholas P. Alexander, BBO #544173
Michael J. Racette, BBO #555350
250 Summer Street
Boston, MA 02210
(617) 439-7500

2