UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IPC PRINT SERVICES, INC., )<br>    Plaintiff )<br> )<br>v. )<br> )<br>SYSKOPLAN CONSULTING )<br>INCORPORATED, and SYSKOPLAN AG, )<br>    Defendant )<br> ) | DOCKET NO. 04-12341-GAO |

### AFFIDAVIT OF MICHAEL J. RACETTE

I, Michael J. Racette, Esq., do hereby depose and state under the pains and penalties of perjury, as follows:

1   My name is Michael J. Racette. I am a partner in the law firm of Morrison Mahoney LLP, which is counsel for the defendant, Syskoplan AG. in the above-captioned matter. I submit this affidavit in support of defendant's Motion to Dismiss the Amended Complaint, filed herewith.

2   Attached hereto as Exhibit A, is a true and accurate copy of a sworn affidavit of Manfred Wassel.

3   Attached hereto as Exhibit B, is a true and accurate copy of an SAP press release regarding the June 2003 Sapphire Conference held in Orlando, Florida.

4   The statements contained in this affidavit are made upon my personal knowledge.

Signed on this ____ day of October 19, 2005, under the pains and penalties of perjury.

/s/Michael J. Racette
_____

Michael J. Racette

I hereby certify that a true copy of the
above document was served upon the attorney
of record for each party by  in accordance with
the Fed.R.Civ.P. on October 19, 2005.

__/s/Michael J. Racette__
         Michael J. Racette