**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IPC PRINT SERVICES, INC.,<br>    Plaintiff,<br><br>v.<br><br>SYSKOPLAN CONSULTING<br>INCORPORATED, and SYSKOPLAN, AG,<br>    Defendants. | DOCKET NO. 04-12341-GAO |

## AFFIDAVIT OF MANFRED WASSEL

I, Manfred Wassel, being first duly sworn, do hereby depose and state as follows:

1159478v1

1. My name is Manfred Wassel. I make this affidavit in support of the defendant, Syskoplan AG's motion to dismiss.

2. I am the Chairman of the Executive Board of the defendant, Syskoplan AG ("SAG"). I also served in that capacity during the time period of 2002 - 2004. SAG is a publicly-traded company organized and existing under the laws of Germany, having its principal place of business in Gütersloh, Germany. SAG's Executive Board consists of two directors and its Supervisory Board consists of six members. I am not a member of SAG's Supervisory Board.

3. I also serve on the Board of Directors and am the Chief Executive Officer of the defendant, Syskoplan Consulting, Inc. ("Syskoplan") I also served in those respective capacities during the time period of 2002 - 2004.

4. SAG is the sole shareholder of Syskoplan, a Delaware corporation with a principal place of business in Massachusetts. Syskoplan is one of five subsidiaries in which SAG has a controlling interest.

5. The SAG Supervisory Board meets approximately four times per year.

6. The purpose of those meetings is to discuss the overall performance and direction of SAG and its subsidiaries; the Supervisory Board does not get involved with the operational details of any of its subsidiaries.

7. SAG's business is focused on providing systems integration and consultation services for its customers primarily located in Germany and other European countries.

8. Syskoplan provides systems integration and consultation services for its customers located in the United States.

9. Other than being the sole shareholder of a U.S. business based in Massachusetts, SAG has no contacts with the Commonwealth of Massachusetts.

10. SAG does not maintain offices, telephone listings, bank accounts or employees in Massachusetts.

11. SAG does not target its advertising efforts at Massachusetts citizens nor does it contract to sell goods or services to Massachusetts residents.

12. SAG does not own or lease any property in Massachusetts nor does it pay taxes in Massachusetts.

13. The day-to-day management of Syskoplan is overseen by its President and other executive officers.

14. I traveled to the United States approximately once per month through 2003 and 2004. My trips were, on average, three-to-four days in duration. The purpose of those trips were to meet with Syskoplan's management to receive reports on Syskoplan's overall operations. I last visited the United States at the beginning of 2005, because at or about that time, the reporting structure between Syskoplan and SAG changed, so that Syskoplan reported to another person at SAG.

15. I first met the representatives of the IPC at the Sapphire Conference in 2003. The conference took place in Florida from June 16th to 18th. I did not engage in any negotiations of the contracts between Syskoplan and IPC at the Sapphire Conference. The terms of the contracts had been negotiated and finalized by IPC's then-President, Patricia Nagle, prior to my meeting with IPC's representatives. My meeting with IPC representatives took place over dinner along with several representatives from SAP. SAP is not a member of the SAG corporate family. While the Syskoplan-IPC contracts were generally discussed over dinner, no negotiations took place.

16. SAG hosted IPC representatives at its headquarters in Germany in April 2003. It did so to showcase some of SAG's demo sites and solutions it had provided to its European customers. SAG frequently allows its subsidiaries access to such sites as a marketing tool to show that the subsidiaries are part of a larger corporate family with strong ties to key software providers, such as SAP.

17. SAG was not involved in any way with Syskoplan's performance of the IPC contract. I first learned of problems with the IPC project in January 2004, six months after the contracts were signed and long after the IPC project had started, contract under the direction of Patricia Nagle and other executive management of Syskoplan. At that time (in early 2004), I took action in my capacity as Chief Executive Officer of Syskoplan to try to resolve the issues with IPC, including attending a meeting at IPC's Michigan offices in March 2004. I did not attend that meeting as an ambassador of SAG nor did I make any statements concerning SAG's Supervisory Board because, as stated above, the Supervisory Board did not and does not involve itself in such levels of detail with respect to subsidiary operations.

18. I have personal knowledge of the facts stated herein.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS \_\_\_\_ DAY OF OCTOBER, 2005.

_____
Manfred Wassel,
Chairman of the Executive Board
Syskoplan AG

**EXHIBIT B**

# SAP NetWeaver™ Receives Growing Support from Enterprise Customers and Partners

*"Bellwether" Integration and Application Platform from SAP Delivers Lower TCO, Provides Technology Foundation for Industry-Leading SAP and Partner Solutions*

ORLANDO, Fla. - June 17, 2003 - SAP AG (NYSE: SAP) today announced significant momentum with growing customer and partner adoption of SAP NetWeaver™, SAP's open integration and application platform unveiled in January of this year. Specifically, an increasing number of enterprise customers are taking advantage of SAP NetWeaver's ability to deliver substantial benefits in improved employee productivity and employee and customer collaboration as well as in greater access to enterprise systems information. The announcements were made at SAPPHIRE® '03, SAP's international customer conference being held in Orlando, Florida, June 16-18.

In addition, SAP NetWeaver provides the powerful technology foundation for the new versions of mySAP™ Customer Relationship Management (mySAP CRM) and mySAP™ Supply Chain Management (mySAP SCM), which were announced today at SAPPHIRE '03. With SAP NetWeaver, the new solutions enable customers to create and improve business processes across their value chain without changing the underlying technology foundation. Customers around the globe are also taking advantage of SAP's open, progressive approach and attest to the fact that mySAP™ ERP has substantially raised the bar by combining industry-leading functionality with the power of the open SAP NetWeaver platform.

"SAP NetWeaver is the bellwether for all major application vendors as they start to push further down the technology stack," said Jennifer Chew, analyst, Forrester Research Inc., in a June 12 IDG News Service article, "Sapphire America Well Timed." "Vendors won't be successful by selling purely business process solutions. Integration, workflow, business intelligence, and analytics are important functions that require deep connectivity down into the technology stack."

**SAP NetWeaver Customers Report Significant Benefits**
Among the early customers adopting SAP NetWeaver, Check Point Software Technologies Ltd., the leading Internet security manufacturer, is using SAP NetWeaver to improve sales force productivity. Check Point Software Technologies Ltd. turned to two components of SAP NetWeaver, SAP Enterprise Portal (SAP EP) and the SAP Web Application Server (SAP Web AS), to support its need for one comprehensive platform to access personalized business-relevant information. With SAP NetWeaver, Check Point is now able to better leverage existing services and applications, and its employees can respond more rapidly to customer needs by providing them tools for quick and intuitive navigation throughout the enterprise data.

"SAP NetWeaver helps us improve performance and productivity through easy access to all information across our disparate IT landscape," said Hila Mazinter, director of MIS Applications, Check Point Software Technologies Ltd. "SAP NetWeaver is helping improve time to market and, through the use of the SAP Enterprise Portal, reducing costs of internal content distribution."

Sasol, a leading global petrochemicals group based in South Africa, is moving aggressively toward full adoption of the SAP NetWeaver platform. Currently, it uses SAP Enterprise Portal, SAP Business Intelligence (SAP BI), and SAP Exchange Infrastructure (SAP XI) and is ramping up with the new release of SAP Web Application Server. Sasol is using SAP NetWeaver to support collaborative manufacturing management and plans to have more than 27,000 portal users live by December 2004. The SAP portal solution allows employees at Sasol to view information from a variety of disparate systems across the enterprise and interpret the results according to established performance metrics. Through SAP NetWeaver, Sasol is optimizing its comprehensive SAP environment and mastering the heterogeneity of its total information management and technology landscape.

"With SAP NetWeaver, we've delivered two critical customer requirements: lower total cost of ownership and maximum business agility," said Shai Agassi, member of the executive board, SAP. "The SAP NetWeaver platform has not only become a strategic focus within SAP's development group -- our partners play a major role in driving rapid adoption across our customer base and beyond."

**SAP NetWeaver Growing Partner Support**
SAP today also announced growing support for the SAP NetWeaver partner initiative that identifies existing as well as new SAP partners to both complement SAP NetWeaver technology and deliver applications built on SAP NetWeaver. Providing additional value on top of the SAP NetWeaver platform, these partner products help customers leverage their existing investments in systems and skills. Since it was unveiled in January, SAP NetWeaver has gained support from more than 100 partners, including partners developing SAP xApps™ packaged composite applications, all of whom are now SAP NetWeaver-certified. Partners developing SAP xApps packaged composite applications are leading examples of those that are driving SAP NetWeaver adoption. New partners involved in the SAP NetWeaver partner initiative include Heiler Software, iWay Software, and Siemens Business Services.

"We already have many installations of SAP NetWeaver products in EMEA and the United States and we are now building practices around SAP NetWeaver as a platform," said Winfried Holz, head of Global Business Unit Solutions, Siemens Business Services. "We see a huge potential in it as an upgrade strategy for customers that have SAP® R/3® and want to modernize their IT landscape, make it more open, and create a foundation for new offerings from SAP such as mySAP Business Suite or SAP xApps, or apps from other vendors to enable their businesses to innovate and generate growth."

**SAP Solutions Powered by SAP NetWeaver**
SAP today announced that the latest versions of mySAP CRM and mySAP SCM were developed using SAP Enterprise Services Architecture, SAP's blueprint for leveraging Web services in enterprise-scale business solutions, and have fully adopted SAP NetWeaver. mySAP CRM now operates on an open, flexible collaborative services architecture that supports SAP and non-SAP systems along with standards such as .Net and J2EE. This built-in integration allows for mySAP CRM customers to take advantage of broad integration through one platform. Using SAP NetWeaver, mySAP SCM customers can now more effectively analyze their supply chain data (SAP Business Intelligence) and integrate mySAP SCM with supplier applications outside the firewall (SAP Exchange Infrastructure). Additionally, the most recent version of mySAP™ Supplier Relationship Management (mySAP SRM) leverages the powerful capabilities of SAP NetWeaver to facilitate collaboration (SAP Enterprise Portal), harmonize information (SAP Master Data Management), and connect enterprises (SAP Exchange Infrastructure) with their suppliers. Also, mySAP ERP builds upon SAP NetWeaver's portal abilities for increased ease of use and reduced training costs and leverages its exchange infrastructure for cost-efficient integration with non-SAP solutions.

**Availability**
SAP NetWeaver is the platform powering all of SAP's solutions today. For existing customers, SAP NetWeaver is shipped with new releases of SAP solutions such as mySAP CRM, mySAP SCM, and mySAP SRM. It can be purchased as part of a customer's regular upgrade process or added on to existing systems. Additional information on SAP NetWeaver can be found at www.sap.com/solutions/netweaver/.

**About SAP NetWeaver™**
SAP NetWeaver™ is a comprehensive integration and application platform that helps reduce total cost of ownership (TCO) by facilitating the integration and alignment of people, information, and business processes across organizational and technological boundaries. It is designed to be completely open and interoperate with other platforms, such as Microsoft .Net and IBM WebSphere. SAP NetWeaver is the technical foundation for mySAP Business Suite and SAP xApps packaged composite applications and ensures maximum reliability, security, and scalability to enable mission-critical business processes for today's adaptive businesses.

**About SAP**
SAP is the world's leading provider of business software solutions. Through mySAP™ Business Suite, people in businesses around the globe are improving relationships with customers and partners, streamlining operations, and achieving significant efficiencies throughout their supply chains. The unique core processes of various industries, from Aerospace to Utilities, are supported effectively by SAP's 23 industry solutions. Today, more than 19,600 companies in over 120 countries run more than 62,000 installations of SAP® software. With subsidiaries in over 50 countries, the company is listed on several exchanges including the Frankfurt stock exchange and NYSE under the symbol "SAP." (Additional information at www.sap.com)

Any statements contained in this document that are not historical facts are forward-looking statements as defined in the U.S. Private Securities Litigation Reform Act of 1995. Words such as "anticipate," "believe," "estimate," "expect," "forecast," "intend," "may," "plan," "project," "predict," "should" and "will" and similar expressions as they relate to SAP are intended to identify such forward-looking statements. SAP undertakes no obligation to publicly update or revise any forward-looking statements. All forward-looking statements are subject to various risks and uncertainties that could cause actual results to differ materially from expectations. The factors that could affect SAP's future financial results are discussed more fully in SAP's filings with the U.S. Securities and Exchange Commission ("SEC"), including SAP's Annual Report on Form 20-F for 2002 filed with the SEC on March 21, 2003. Readers are cautioned not to place undue reliance on these forward-looking statements, which speak only as of their dates.

Copyright © 2003 SAP AG. All rights reserved.
SAP, mySAP, mySAP.com, xApps, xApp, SAP NetWeaver, SAPPHIRE, and other SAP products and services mentioned herein as well as their respective logos are trademarks or registered trademarks of SAP AG in Germany and in several other countries all over the world. All other product and service names mentioned are the trademarks of their respective companies.

**For customers interested in learning more about SAP products:**
Global Customer Center: +49 180 534-34-24
United States Only: 1 (800) 872-1SAP (1-800-872-1727)

**For more information, press only:**

Lindsey Held, +1 (650) 823-7030, lindsey.held@sap.com, EDT
Hilmar Schepp, + 49 (62) 277-46799, hilmar.schepp@sap.com, EDT
SAP Press Office, +1 (610) 661-3200, press@sap.com, EDT
Jody Andersen, Burson-Marsteller, +1 (510) 421-3837, jody_andersen@sfo.bm.com, EDT
Gabriele Thoering, Burson-Marsteller, +49 (69) 2380939, gabriele_thoering@de.bm.com, CET

**Want to learn more?** Contact SAP for more information.

Text-Only View | Full Browser View

Copyright/Trademark | Privacy | Impressum
Questions or comments about the Web site? Contact the webmaster@sap.com.