UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IPC PRINT SERVICES, INC.,               )<br>        Plaintiff,                              )<br>                                                    )<br>v.                                                 )<br>                                                    )<br>                                                    )<br>SYSKOPLAN CONSULTING           )<br>INCORPORATED, and SYSKOPLAN AG, )<br>        Defendant.                             ) | CIVIL ACTION NO 04-12341-GAO |

## ASSENTED-TO MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiff, IPC Print Services, Inc. ("IPC") hereby moves to extend the date for the completion of discovery and for the filing of dispositive motions in this matter. The current discovery deadline is October 31, 2005. The parties have been moving forward diligently with discovery, but, to date, have been unable to schedule the necessary depositions and exchange all relevant documents. Furthermore, Defendant, Syskoplan AG has recently served a Motion to Dismiss the Amended Complaint on IPC. The Court's determination with respect to the Motion to Dismiss the Amended Complaint will directly impact the extent of discovery that will be required in this matter.

Therefore the parties request that the date for completion of discovery be extended until February 17, 2006, and that the date for the filing of all Rule 56 Motions be extended until April 3, 2006. The additional time will enable the parties to complete all discovery in the above-referenced lawsuit and to engage in settlement discussions in an effort to resolve this matter. This matter has not been scheduled for a Pre-trial Conference, and the extension of the discovery deadline will not unduly delay the final resolution of this lawsuit. Defendants have assented to this Motion.

WHEREFORE, Plaintiff requests that this Court extend the date for the completion of discovery to February 17, 2006 and for the filing of Rule 56 Motions until April 3, 2006.

> Plaintiff,
> **IPC PRINT SERVICES, INC.**
> By its Attorneys,
>
> /s/ Louis M. Ciavarra
> Louis M. Ciavarra (BBO #546481)
> Ryan T. Killman (BBO #654562)
> Bowditch & Dewey, LLP
> 311 Main Street, P.O. Box 15156
> Worcester, MA 01615-0156
> (508) 926-3011

**Assented To:**

**SYSKOPLAN CONSULTING INCORPORATED, and SYSKOPLAN AG,
Defendants,**
By their attorneys,
MORRISON MAHONEY, LLP


/s/ Michael J. Racette
Michael J. Racette, BBO #555350
Nicholas P. Alexander, BBO #544173
250 Summer Street
Boston, MA 02210
(617) 439-7500