UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IPC PRINT SERVICES, INC.,        )<br>        Plaintiff,                              )<br>                                                 )<br>v.                                              )<br>                                                 )<br>                                                 )<br>SYSKOPLAN CONSULTING       )<br>INCORPORATED, and SYSKOPLAN AG, )<br>        Defendant.                          ) | CIVIL ACTION NO 04-12341-GAO |

### PLAINTIFF, IPC PRINT SERVICES, INC.'S ASSENTED-TO MOTION TO ENLARGE THE TIME IN WHICH TO OPPOSE DEFENDANT SYSKOPLAN AG'S MOTION TO DISMISS THE AMENDED COMPLAINT

Plaintiff, IPC Print Services, Inc. ("IPC"), hereby moves, pursuant to Local Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts ("Local Rules"), for an extension of time to November 18, 2005 within which to oppose Defendant, Syskoplan AG's recently filed Motion to Dismiss the Amended Complaint.

In support hereof, IPC states:

1. Defendant Syskoplan AG filed its Motion to Dismiss the Amended Complaint on October 19, 2005.

2. According to Local Rule 7.1(B)(2), a party opposing a motion must file an opposition within Fourteen (14) days after service. See L.R. 7.1(B)(2). Thus, IPC's Opposition is due on or about November 2, 2005.

3. The requested extension of time, if allowed, will not unduly delay the final resolution of this lawsuit.

{Client Files\LIT\304358\0001\PLD\00605288.DOC;1}

4. Defendants assent to this request for an extension of time to November 18, 2005, within which IPC may file and serve its Opposition to Defendant Syskoplan AG Motion to Dismiss the Amended Complaint.

WHEREFORE, IPC moves for an extension of time to November 18, 2005 within which to respond to Defendant Syskoplan AG's Motion to Dismiss the Amended Complaint.

                                        Plaintiff,
                                        **IPC PRINT SERVICES, INC.**
                                        By its attorneys,

                                        /s/ Louis M. Ciavarra
                                        Louis M. Ciavarra (BBO #546481)
                                        Ryan T. Killman (BBO #654562)
                                        Bowditch & Dewey, LLP
                                        311 Main Street, P.O. Box 15156
                                        Worcester, MA 01615-0156
                                        (508) 926-3011

**Assented To:**

Defendants,
**SYSKOPLAN CONSULTING INCORPORATED, and SYSKOPLAN AG,**
**Defendants,**
By their attorneys,
MORRISON MAHONEY, LLP


/s/ Michael J. Racette
Michael J. Racette, BBO #555350
Nicholas P. Alexander, BBO #544173
250 Summer Street
Boston, MA 02210
(617) 439-7500