

Bowditch
&Dewey

Direct telephone: (508) 926-3408
Direct facsimile: (508) 929-3011
Email: lciavarra@bowditch.com

November 2, 2005

The Honorable Robert B. Collings
United States Courthouse
Suite 2300
1 Courthouse Way
Boston, MA 02210

    Re:    *IPC Print Services, Inc. v. Syskoplan Consulting, Inc. and*
             *Syskoplan AG*
             *Civil Action No. 04-12341-GAO*

Dear Judge Collings:

    This firm represents the Plaintiff, IPC Print Services, Inc. Last night we received a notice that the Court had denied our recent request for a two-week extension of time to respond to Defendant Syskoplan AG's Motion to Dismiss. I understand from the entry that the Motion was denied because the reasons for the extension were not set forth and because the hearing was scheduled for November 7, 2005. First, since the motion was assented to we did not set forth the reasons for the extension. We apologize for presuming the Court's allowance. In this case we have granted the Defendant Syskoplan Consulting, Inc. three extensions of time to respond to the complaint and, in fact, after almost a year of chasing the German parent corporation for service of process, we granted them a three-week extension to provide a responsive pleading. The present Motion to Dismiss was filed as a result of that three-week extension of time. Because of my schedule it appeared impossible that we could fully address the issues raised in the Motion to Dismiss, and the Defendants agreed to a short extension of time. The reason for the extension is solely as a result of counsel's schedule and the concern over our ability to address these important issues in the fourteen day period.

    While we have begun work diligently this morning to prepare an Opposition to the Motion to Dismiss before the November 7th hearing, we ask the Court to reconsider its decision of yesterday and grant us a short extension of time to provide the Court with a thorough Opposition and to reschedule the hearing for a date convenient to the Court. If the Court is not inclined to do so, we request that we have until Friday, November 4, 2005 to file our Opposition.

Page 2

    Thank you for your consideration.

                                            Very truly yours,

                                            Louis M. Ciavarra

LMC/scb

cc:    Michael Racette

{Client Files\LIT\304358\0001\00006984.DOC;1}