UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IPC PRINT SERVICES, INC.,        )<br>    Plaintiff,                              )<br>                                              )<br>v.                                           )<br>                                              )<br>                                              )<br>SYSKOPLAN CONSULTING      )<br>INCORPORATED, and SYSKOPLAN AG, )<br>    Defendant.                          ) | CIVIL ACTION NO 04-12341-GAO |

## ASSENTED-TO MOTION TO CONTINUE HEARING

Plaintiff, IPC Print Services, Inc. ("IPC") moves this Court to continue the hearing on Defendant's Motion to Dismiss currently scheduled for November 7, 2005 until November 10, 2005 at 10:30 a.m. Plaintiff's counsel has confirmed with Defendants' counsel and they agree to this date and have assented to this Motion.

WHEREFORE, Plaintiff, IPC, requests that the hearing on Defendant's Motion to Dismiss be scheduled for November 10, 2005 at 10:30 a.m. and that its Opposition to the Motion be filed on or before November ____, 2005.

IPC PRINT SERVICES, INC.
By Its Attorneys,

/s/ Louis M. Ciavarra
Louis M. Ciavarra (BBO #546481)
Ryan T. Killman (BBO #654562)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 926-3011

DATED: November 2, 2005

{Client Files\LIT\304358\0001\00608001.DOC;1}

Assented To:

SYSKOPLAN CONSULTING
INCORPORATED, and SYSKOPLAN AG,
Defendants,
By their attorneys,
MORRISON MAHONEY, LLP


/s/ Michael J. Racette
Michael J. Racette, BBO #555350
Nicholas P. Alexander, BBO #544173
250 Summer Street
Boston, MA 02210
(617) 439-7500