UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IPC PRINT SERVICES, INC., )<br>　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>　v. )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>SYSKOPLAN CONSULTING )<br>INCORPORATED, and SYSKOPLAN AG, )<br>　　Defendants ) | CIVIL ACTION NO 04-12341-GAO |

### AFFIDAVIT OF RICHARD BUTTERWORTH

I, Richard Butterworth do swear and depose and state under the pains and penalties of perjury as follows:

1. My name is Richard Butterworth. I am the Chief Financial Officer of IPC Print Services, Inc. ("IPC"). I submit this Affidavit in support of Plaintiff's Opposition to Defendant's Motion to Dismiss.

2. During the fall of 2002, IPC began investigating new Enterprise Resource Planning (ERP) software. IPC is a relatively small company and was searching for a product that could provide preconfigured functionality for the printing industry in order to control the time and costs of implementation.

3. By June of 2003 we had settled on a software product known as Print.IT, which was to interface with SAP's ERP software. Print.IT, SAP software and installation services were to be provided by Syskoplan Consulting, Inc. ("Syskoplan").

4. At all relevant times, IPC understood that Syskoplan AG would support the project. The marketing materials that we received made reference to the numerous projects and developments that Syskoplan AG had done in Europe and we relied on those

{Client Files\LIT\304358\0001\00608759.DOC;1}

representations. For example, we understood that the product we wanted had not been installed in the United States but we were told the German version was working very successfully in Europe.

5. In addition, during the course of negotiations Syskoplan's employees continuously made reference to the support that would be provided by Syskoplan AG.

6. In April 2003, prior to any agreements being executed, Syskoplan funded travel by IPC representatives to some of the user sites in Europe in order to demonstrate the German version of the Print.IT software (owned by Syskoplan AG).

7. Prior to executing agreements with Syskoplan, Dr. Manfred Wassel met with IPC and presented himself as the Chairman of the whole Syskoplan group, including Syskoplan AG and Syskoplan.

8. When IPC executed the Agreements to have the Print.IT software implemented, it was IPC's understanding that while the contract was executed by Syskoplan, Syskoplan AG would be as actively involved as necessary to ensure that the project was completed in accordance with the terms of the contract.

9. Dr. Wassel continued to present himself as Chairman of Syskoplan AG throughout 2003 and 2004 during which time he would travel to the United States on a regular basis.

10. It was always IPC's understanding, and continues to be IPC's understanding, that Syskoplan AG exercised pervasive control over the operations of Syskoplan. From the information available to us at the time it appeared as though Syskoplan AG made all major decisions, controlled the key resources, and had the financial resources and experience to see this project through.

11. In March 2004, when IPC was considering terminating its relationship with Syskoplan AG and Syskoplan, Inc., Dr. Wassel called from Germany and subsequently met with representatives of IPC in the U.S. and offered to refund IPC its money or to trust him and the entire Syskoplan group (including its software development arm, CM4) and give them the opportunity to resolve the problems.

Signed under the pains and penalties of perjury this __8__ day of November, 2005.

_____
Richard Butterworth

{Client Files\LIT\304358\0001\00608759.DOC;1}