

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IPC PRINT SERVICES, INC.,
Plaintiff,

v.   DOCKET NO: 04-12341-GAO

SYSKOPLAN CONSULTING INC., and
SYSKOPLAN AG,
Defendants.

## DEFENDANT, SYSKOPLAN CONSULTING, INC.'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS

1. All documents evidencing, relating to, or referring to the negotiation and execution of the Agreements, including without limitation any requests for proposals and responses to any requests for proposals and drafts thereof; any marketing presentations and demonstrations of the Products to IPC by Syskoplan, Unit Inc., or SAP; and all notes, reports, statements, memoranda, written correspondence, and email transmissions evidencing, relating to, or referring to the negotiation and execution of the Agreements.

### RESPONSE NO. 1

OBJECTION: The Defendant objects to this request on the grounds that it is overly broad unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and to the extent that it seeks the production of documents that are privileged under the attorney-client or work product privilege, or which were created in anticipation of litigation or for trial.

Notwithstanding and without waiving the foregoing objection, the Defendant agrees to produce all such non-privileged documents in its possession, custody or control.

2. All documents evidencing, relating to, or referring to the negotiation of the Statement of Work that is incorporated into the Services Agreement.

### RESPONSE NO. 2

OBJECTION: The Defendant objects to this request on the grounds that it is overly broad unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and to the extent that it seeks the production of documents that are

**RESPONSE NO. 24**

OBJECTION: The Defendant objects to this request on the grounds that it is vague, overly broad unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and to the extent that it seeks the production of documents that are privileged under the attorney-client or work product privilege, or which were created in anticipation of litigation or for trial.

Notwithstanding and without waiving the foregoing objection, the Defendant agrees to produce all such non-privileged documents in its possession, custody or control.

25. All documents evidencing, relating to, or referring to the professional work experience of all Syskoplan employees who worked on the Project, including but not limited to their resumes.

**RESPONSE NO. 25**

OBJECTION: The Defendant objects to this request on the grounds that it is vague, overly broad unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and to the extent that it seeks the production of documents that are privileged under the attorney-client or work product privilege, or which were created in anticipation of litigation or for trial.

Notwithstanding and without waiving the foregoing objection, the Defendant agrees to produce all resumes (or similar documents) and the skill profiles of each employee of the Defendant who worked on the IPC Project, and each consultant hired by the Defendant for the IPC Project.

26. All personnel files, employment evaluations, performance evaluations, and other documents evidencing, relating to, or referring to the performance of Christian Barber, Isaac Lockhart, Steve Antoni, Peter Radochia, Patricia Nagle, Martin Serrato, Jeff Webber, Brian Hawkins, Bruce Bulen, Uwe Goehring, Elke Roettig, Victoria Brown, Bill Cunningham, Mark Provencher, Brad Masters, and/or Thomas Micke from June 20, 2000 forward.

**RESPONSE NO. 26**

OBJECTION: The Defendant objects to this request on the grounds that it is vague, overly broad unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and to the extent that it seeks the production of documents that are privileged under the attorney-client or work product privilege, or which were created in anticipation of litigation or for trial. The Defendant further objects to this request on the grounds that it seeks the production of documents of personnel records and documents relating to its current or former employees, which records and documents reveal private personal information (including, in some cases, medical or health information, family information, and other private personal information) that is of no consequence in this lawsuit.

1126882v1

Notwithstanding and without waiving the foregoing objection, to the extent that they are in its possession, custody or control, the Defendant agrees to produce all employment evaluations, performance evaluations, and other documents evidencing, relating to, or referring to the performance of Christian Barber, Isaac Lockhart, Steve Antoni, Peter Radochia, Patricia Nagle, Martin Serrato, Jeff Webber, Brian Hawkins, Bruce Bulen, Uwe Goehring, Elke Roettig, Victoria Brown, Bill Cunningham, Mark Provencher, Brad Masters, and/or Thomas Micke from June 20, 2000 forward.

27. All documents relating to the separations of Patricia Nagle, Steve Antoni, Isaac Lockhart, Jeff Webber, Elke Roettig, and Uwe Goehring from their respective employment by or consulting relationships with Syskoplan, including but not limited to severance agreements.

**RESPONSE NO. 27**

OBJECTION: The Defendant objects to this request on the grounds that it is vague, overly broad unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and to the extent that it seeks the production of documents that are privileged under the attorney-client or work product privilege, or which were created in anticipation of litigation or for trial. The Defendant further objects to this request on the grounds that it seeks the production of documents of personnel records and documents relating to its current or former employees, which records and documents reveal private personal information (including, in some cases, medical or health information, family information, and other private personal information) that is of no consequence in this lawsuit.

Notwithstanding and without waiving the foregoing objection, the Defendant agrees to produce a copy of the severance agreement relating to the separation of Patricia Nagle, from her employment relationship with the Defendant. The Defendant has no other separation agreement for any of the other individuals listed in this request.

28. All documents evidencing, relating to, or referring to the corporate structure of Syskoplan within the United States and internationally, including organizational charts and changes to the same.

**RESPONSE NO. 28**

OBJECTION: The Defendant objects to this request on the grounds that it is vague, insofar as the phrase, "the corporate structure of Syskoplan within the United States and internationally," is undefined and capable of different reasonable interpretations. The Defendant also objects to this request on the grounds that it is overly broad unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and to the extent that it seeks the production of documents that are privileged under the attorney-client or work product privilege, or which were created in anticipation of litigation or for trial.

29. All documents evidencing, relating to, or referring to Syskoplan's relationship with any other entities, including but not limited to Unit Inc. and cm4 GmbH.

1126882v1

**RESPONSE NO. 29**

OBJECTION: The Defendant objects to this request on the grounds that it is vague, insofar as the phrase, "Syskoplan's relationship with any other entities," is undefined and capable of different reasonable interpretations. The Defendant also objects to this request on the grounds that it is overly broad unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and to the extent that it seeks the production of documents that are privileged under the attorney-client or work product privilege, or which were created in anticipation of litigation or for trial.

Notwithstanding and without waiving the foregoing objection, the Defendant's relationship with Unit Inc. and cm4 GmbH is reflected in the documents which the Defendant will produce in response to other document requests herein.

30. All minutes of Syskoplan board meetings within the United States and internationally since June 20, 2000 which mention IPC, the Project, Print.IT, and/or Unit, Inc.

**RESPONSE NO. 30**

OBJECTION: The Defendant objects to this request on the grounds that it is vague, overly broad unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and to the extent that it seeks the production of documents that are privileged under the attorney-client or work product privilege, or which were created in anticipation of litigation or for trial, or which contain confidential and proprietary business information of the Defendant.

Notwithstanding and without waiving the foregoing objection, the Defendant agrees to produce copies of only those portions of such minutes that mention IPC, the Project, Print.IT, and/or Unit, Inc., except that any privileged information will be redacted therefrom.

31. All documents evidencing, relating to, or referring to Syskoplan's financial records in connection with the Agreements, including without limitation all invoices sent to IPC under the Agreements; all records of payments made by IPC under the Agreements; and all records of Syskoplan's overhead, personnel, travel, and other costs associated with the Agreements.

**RESPONSE NO. 31**

OBJECTION: The Defendant objects to this request on the grounds that it is vague, overly broad unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and to the extent that it seeks the production of documents that are privileged under the attorney-client or work product privilege, or which were created in anticipation of litigation or for trial.

Notwithstanding and without waiving the foregoing objection, the Defendant agrees to produce copies of all invoices sent to IPC under the Agreements; all records of

**RESPONSE NO. 38**

OBJECTION: The Defendant objects to this request on the grounds that it is vague, overly broad unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and to the extent that it seeks the production of documents that are privileged under the attorney-client or work product privilege, or which were created in anticipation of litigation or for trial.

Notwithstanding and without waiving the foregoing objection, the Defendant agrees to produce all such non-privileged documents in its possession, custody or control.

39. All documents evidencing, relating to, or referring to the qualification process through which the Print.IT product was certified and approved by SAP.

**RESPONSE NO. 39**

OBJECTION: The Defendant objects to this request on the grounds that it is vague, overly broad unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and to the extent that it seeks the production of documents that are privileged under the attorney-client or work product privilege, or which were created in anticipation of litigation or for trial, and because the documents might be subject to a confidentiality agreement with SAP.

Notwithstanding and without waiving the foregoing objection, the Defendant agrees to produce all such non-privileged documents in its possession, custody or control, except to the extent that the documents are subject to a confidentiality agreement with SAP.

40. All documents evidencing, relating to, or referring to Syskoplan AG's decision to withdraw from the product business in the United States, as announced on or around December 1, 2004, including the reasons for the decision and the plan for executing the decision.

**RESPONSE NO. 40**

OBJECTION: The Defendant objects to this request on the grounds that it is vague, overly broad unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and to the extent that it seeks the production of documents that are privileged under the attorney-client or work product privilege, or which were created in anticipation of litigation or for trial. In addition to the foregoing objection, the Defendant also objects to the request to the extent that it seeks the production of confidential and proprietary business information, which is privileged from production.

Notwithstanding and without waiving the foregoing objection, the Defendant agrees to produce all such non-privileged documents in its possession, custody or control, and agrees to produce responsive documents that contain confidential and proprietary business information, subject to a mutually acceptable confidentiality stipulation.

1126882v1




# PRINT. IT
### Visibility Everywhere

Print IT is revolutionizing the manner in which our printing customers conduct business. Print IT is the first integrated, end-to-end solution available to the printing company whereby they can manage at a granular level every aspect of their business.

The printing industry has many unique requirements. It is truly one of the last vestiges of a true make to order industry where every quote goes through an average of 30 changes[1]. The quote must be given in multiple quantities and this information must be maintained, awaiting the customer's decision.

### AS/Print is a combination of:
- Change order management
- Estimating
- EPL
- CRM
- Sales & Distribution
- Finance
- Materials management
- SEM
- Portals
- Supply chain management
- Reporting
- Human resources
- ABC
- Quality management
- Digital Asset management
- Production Processing
- Impementation Procedures
- Configuration templates

These are just two special requirements that have precluded the printing industry from adopting many of the standard Enterprise Resource Planning solutions, which are prevalent in the businesses of your customers and suppliers.

No longer! Syskoplan and SAP™ have long been development partners working on joint projects such as Customer Relationship Management, Trade Promotion Management, and IT Asset Management.

As well, Syskoplan has significant industry expertise through our joint venture relationship with the Bertelsman Media Group.[2] Bringing together this printing industry expertise, our software development expertise, and SAP ERP expertise, we have created an industry solution that is unrivaled by any competitor in the printing market.

AS/Print, our advanced configuration engine, enables the printing company to fully utilize the power of SAP ERP. AS/Print allows you to create multiple versions of a quote for the client and maintain that quote electronically until the client makes a decision. Product types are predefined to speed the process however each order is completely flexible allowing all manner of changes.

At the same time as the sales quote is created, AS/Print creates a production cost estimate based upon the historical information contained within SAP's Controlling module.[3]

When the customer authorizes the order, SAP captures the information from the quote to create a Sales Order, captures the information from the production estimate to create a Production Order and moves the order into production.

As the order proceeds, actual data is captured from the shop floor and reported to Controlling. SAP then compares and reports on the variance in planned costs to actual. Costs in the system can be adjusted automatically or after management has reviewed the information and authorized cost adjustment. Either way, you now know from start to finish what each job costs in detail. Not utilizing a Budgeted Hourly Rate (BHR) but actual costs including support and sales. Not waiting till the end of the month, week, or day. When the job is finished. Literally, within seconds!

Estimate accuracy is improved with every order processed. The system captures all data, processes it, and provides a complete audit trail of every transaction completed.

The combination of AS/Print and SAP All-In-One enables management to make decisions based upon real-time information. Costs can be reported by job, customer, product, sales channel or any other way you want to view it. See which customers are profitable and which are not. Know how far you can discount taking all costs, including support levels, into consideration Suggest alternative sales approaches to your client so they receive the product they want and you receive the margin level you want. Watch the results



syskoplan
YOUR PARTNER FOR SOFTWARE INTERGRATION

nformation improve the profitability of company.

TEGRATION

e AS/Pack engine is an integral part of SAP All-In One product. Configuration d maintenance of AS/Pack follow all same rules and procedures as er modules within the SAP. There is requirement to maintain duplicate abases as AS/Pack extracts data from SAP to configure estimates and writes data back to SAP. The Sales Order, Production Order, and Financial Reports are all standard SAP documents.

Make to order, make to stock, assemble to order, call-offs from contracts, repeat orders, or EDI orders are all supported processes within the solution. Costs are tracked, changes logged, and accuracy you wished you had before are all second nature to the AS/Pack solution.

AS/Pack is the enabler that allows printing companies to fully utilize the world's number one ERP solution, SAP All-In-One.







## Change Order Management

One of the most unique operating requirements of a printing company is tracking the large number of changes applied to every order taken. Syskoplan's Change Order Management (COM) engine has been designed specifically for this function. Every aspect of changes to an order is captured including the identity of the user making the change and authorizations.

The COM engine holds the changes until it's time to finalize the order. Then, line-by-line, change-by-change, you review changes made to the order and decide as to including them on the order or precluding them. At the same time you can decide whether the change should be chargeable or added for information purposes only. Every aspect of the order activity is logged and maintained for complete visibility of customer activity.

---

[1] Printing Industry Association

[2] Please visit www.syskoplan.com for details

[3] Controlling- Management Accounting functionality within SAP's A1 solution

## Contact Information

**Syskoplan Consulting Inc.**
Unit 307
22 Comerce Park Dr.,
Barrie, Ontario
L4N 8W8
Tel: (866) 797-7225
Attn: Glenn Moore
glenn.moore@syskoplan.com

**Syskoplan Consulting Inc.**
Suite 190
C-1 35 Corporate Dr.
Burlington, MA
01803
Tel:(800) 797-5652
Attn:Glenn Moore
glenn.moore@syskoplan.com



syskoplan
YOUR PARTNER FOR SOFTWARE INTERGRATION



**EXHIBIT C**

# print.IT
visibility everywhere

## Proposal to



June 20, 2003

**Syskoplan Consulting Inc.**

950 Winter Street

Suite 3400

Waltham, MA 02451

Office: (781) 890-4944

Fax: (781) 890-4954

IPC 0841

# TABLE OF CONTENTS

1) CORPORATE PROFILES ........................................................................................... 3
2) SOLUTION OVERVIEW AND INTRODUCTION ..................................................... 6
3) PROJECT OBJECTIVES & DETAILED REQUIREMENTS ..................................... 7
4) PROJECT SCOPE & SOLUTION SUMMARY ........................................................... 8
5) PROJECT IMPLEMENTATION METHODOLOGY ................................................ 25
6) ACCEPTANCE MILESTONE .................................................................................... 27
7) ASSUMPTIONS AND CONDITIONS ....................................................................... 30
8) PROJECT ORGANIZATION AND ROLES .............................................................. 33
9) CHANGE REQUESTS ................................................................................................ 40
10) ACCEPTANCE TESTING .......................................................................................... 41
11) INVESTMENT CONSIDERATIONS ......................................................................... 42
12) APPROVALS ............................................................................................................... 43
13) APPENDIX A – MASTER SERVICES AGREEMENT ............................................ 43
14) APPENDIX B – PRINT.IT SOFTWARE LICENSE AGREEMENT ........................ 49
15) APPENDIX C – CHANGE ORDER REQUEST ........................................................ 60
16) APPENDIX D - SYSTEM TESTING APPROACH ................................................... 62
17) APPENDIX E – MYSAP LICENSING AGREEMENT ............................................. 68
18) APPENDIX F – ADDITIONAL TERMS AND CONDITIONS ................................ 85
19) APPENDIX G – IPC RFP ............................................................................................ 91

IPC 0842

**syskoplan**

# 1) Corporate Profiles

unit inc. was founded in 1999 as a consulting services company specializing in SAP R/3 software implementations with a strong focus on the media industry specifically: printing, publishing, and packaging. In June 2002 unit inc. became a certified SAP channel partner with the contractual rights to resell the mySAP solution to the printing and packaging vertical industry in the US. In March of 2003 unit inc. was acquired by syskoplan Consulting Inc., a systems integration firm with over 20 years of experience, 450 global resources and more than 1000 customers. Syskoplan offers business process consulting, SAP implementation and systems integration services, both functional and technical in the following areas:

- Media – Print, Publishing & Packaging Solutions
- Customer Relationship Management, Campaign Management, Marketing Analytics, Call Center and Customer Support Services
- Business Warehouse and Business Intelligence
- Supply Chain Management, Logistics Controls and Inventory Management
- Enterprise Application Integration

Syskoplan develops high-value solutions for a wide variety of international companies and industry leaders that include Bertelsmann, BASF, Deutsche Telekom, Axel Springer, Kraft, Equiva, Fresenius Medical, ABB, DaimlerChrysler, AXA, Volkswagen, Bertelsmann, Siemens, Procter & Gamble, Melitta, Bayer, Roche, Caterpillar, Compaq, Dell, Bookspan (Book of the Month Club), AOL/Time Warner and many others.

Syskoplan is an established and certified SAP solution partner (IT Asset Management, CRM, Supply Chain and BW) and strategic development partner. Syskoplan has focused on developing an in-depth understanding and knowledge of the SAP application environment that is unparalleled in the consulting industry. This partnership is the result of Syskoplan participating in co-development efforts with SAP AG, SAP Labs, and SAP clients implementing enterprise based solutions for SAP applications. Syskoplan is a certified "Team SAP" Member, a Global Implementation Partner and ASAP Partner in the



US. Based on our long-standing relationship with SAP and the real world global implementation experience, Syskoplan has been uniquely able to evolve and elevate our systems integration consulting proficiency, allowing for rapid value realization when implementing SAP R/3 solutions.

SAP has over 30 years in the business of helping businesses grow: 12 Million Users, 60,100 installations, 1,500 partners, 23 industry solutions. Founded in 1972, SAP is the recognized leader in providing collaborative business solutions for all types of industries and for every major market. Headquartered in Walldorf, Germany, SAP is the world's largest inter-enterprise software company, and the world's third-largest independent software supplier overall. SAP employs over 28,900 people in more than 50 countries. Its professionals are dedicated to providing high-level customer support and services. It is their broad base of experience, knowledge, and technology that allows companies to maximize their business operations with a fully integrated software solution.

SAP has leveraged their extensive experience to deliver mySAP business suite, the definitive family of business solutions for today's economy. mySAP Business Suite allows employees, customers, and business partners to work together successfully -- anywhere, anytime. mySAP Business Suite is open and flexible, supporting databases, applications, operating systems, and hardware from almost every major vendor. By deploying the best technology, services, and development resources, SAP has delivered a business platform that unlocks valuable information resources, improves supply chain efficiencies, and builds strong customer relationships.

### SAP Commitment:

With SAP as the committed partner of Syskoplan Consulting Inc. for small and medium business (SMB), Syskoplan Consulting Inc. is in a position to leverage the SAP market influence and the superior development capabilities on-going and overall world-class reputation. SAP co-markets internationally the vertical solution offered by Syskoplan, specifically developed for the print and packaging industry shows the seriousness of SAP's support of this business segment and that of the Syskoplan partnership.

IPC 0844