EXHIBIT D



**Ad hoc Announcement**  **For Shareholders + Analysts**

# syskoplan is to focus on core competences, withdraw from US product business

**EBT forecast revised downward due to one-time special factors**

Gütersloh, Germany, Dec. 1, 2004 – The Executive Board and Supervisory Board of syskoplan AG have decided to realign product activities and foreign endeavors. They decided to withdraw from the product business in the United States. Existing agreements with customers will naturally be fulfilled. Reorganization in the US is to be embarked on without delay in order to concentrate on syskoplan's core business. It was also agreed that syskoplan AG would waive its loans to the US subsidiary. The Irish subsidiary's activities, already greatly curtailed, are either to be given up or converted into a minority holding of less than 20%, with the business transferred to a partner.

These decisions, as assessed at this writing, will lead to the following consequences in the annual financial statements for 2004:

1. At the Group level according to US-GAAP, one-time value adjustments of syskoplan USA and cm4 products, plus disinvestment costs, will be incurred. Totaling around EUR 2.4 million, they will for the most part have no effect on liquidity. The previous consolidated EBT forecast of at least EUR 1.5 million in 2004 will therefore not be achieved.
2. The change in alignment and waiver of loans made to the US subsidiary will lead to a special depreciation allowance of around EUR 4.7 million in the German parent company's accounts, drawn up in accordance with the German commercial code (HGB), that will affect neither liquidity nor the consolidated financial statements.

In making these decisions, syskoplan is concentrating on its core competence as a CRM software integrator. Even in a difficult market environment, analysts forecast further growth in this segment with its customer-oriented processes and use of new



**Ad hoc Announcement** — **For Shareholders + Analysts**

integration technologies. In the next financial year we anticipate a considerable improvement in the syskoplan Group's results due to the measures outlined. Detailed plans for 2005 will be announced at the financial press conference in March of next year.

Contact: Michael Lückenkötter, IR syskoplan, Phone: +49 5241 5009 1017, E-mail: ir@syskoplan.de

| | |
|---|---|
| From: | Wassel, Manfred |
| Sent: | Tuesday, April 27, 2004 5:29 AM |
| To: | USA |
| Cc: | Hennig, Thomas; Meier, Jochen; Zander, Susanne |
| Subject: | reflections of my visit last week  Manfred |

Dear colleagues ,
I stayed last week in the US visiting clients , bookspan and SAP . It was a pretty busy week , thank you Joanne and glen for organizing the trip , I learned a lot.

Situation at the clients :

1:      Jones is from a business point of view in a very critical situation . IDS is in the lead (we stated that very clearly) , but IDS is not taken the necessary engagement
        at the site to asses , repair and help . As a negative reference would also very bad for us Glen negotiated that we will take the lead for some time and we will even look into the configurations done by IDS.  Chris started his work yesterday. Please support him instantly if he is asking for help.
        Except bug fixing this is billable.

        Lessons learned : We have to be in the overall project lead , minimum highly engaged in integration overall testing and assessment of R/3 config  , if we implement Print.IT .

2:      At J.J. Keller we had a very successful meeting. Thomas Greutman and Roy did an excellent Job , Keller , especially the management has a huge respect
        regarding our expertise.
        The Print.IT blueprint is starting immediately , latest 10th of may. Brad has to organize the start as soon as possible , Thomas Micke will be the second person
        working on the blueprint. It is planned that he will be the project manager for the following implementation on our side. I asked the Owner of the company to sign the        Print.IT contract before our shareholder meeting end of may . We should not be the hurdle to do this , because of resource conflicts. Also they introduced us to
        a lot of people that will play an important role along the project. That's why I am a 99.9 % sure we will get the license sale if we will not come up with huge surprises.
        Glen , Dick , Brad please be careful in communicating efforts as an outcome of the blueprint.
        At lunch Bob Keller mentioned that they had concerns our quality based on the pricing of the CRM assessment and the formerly Print.IT offer.
        They want a reasonable price no presents.

        Lessons learned: To step into the market we are willing to invest in first clients , but this should be in a crystal clear communication to the client
        and should have a common understanding of the amount . Also at IPC and ANRO we were not that good regarding communication .

3:      We had a good discussion at ANRO ,
        as our sales approach last year was more based on functional comparison than on enabling using R/3 as a back end ERP.
        They are a little bit disappointed regarding GUI ......
        Glen ,Brad I had a chance to see what we will present at DRUPA . Please contact Susanne to get screen cams. May be this is a base to show
        ANRO the way we will go  and help internal selling at ANRO for Dave.
        Nevertheless the project , customer expectation now etc. seem to be in a good status. ANRO might be a good reference case .

4:      We asked Markus Wilhelm (Chairman of bookspan and supervisory board member of syskoplan ) to help us open the door at prospects.
        As a book club bookspan is purchasing print (books, flyer, ...) quite a bit . Markus knows key players of this industry  very well. He will help us,
        Dick and Glen have a good contact now.

5:      It is my feeling that SAP Canada is more than willing to help and even in an uncomplicated manner . I am not so

1

sure that we will get the same support with SAP US. In general I am not doing that well with the sales organizations of SAP. That's why I will step back. Dick and Glen should take care for the relationships.

Internals:

1:    I think we all did a lot of improvements and worked very task oriented in the past. On the other hand this created also sometimes confusion or people felt not be involved where they should be. This is normal and I don't complain. Also some issues were not really addressed up to now, I also don't complain about that fact.

Now is the time to move forward to a role based mode and to clear personal responsibilities.

As long as I will do an active job, Dick is acting as my right arm. He knows my principles and thinking very well. Reporting to him., means reporting to me. This will work. What not will work is asking always me for each and every decision, as I am not full time over there. Please do accept this working modus.

Glen has the responsibility for marketing & sales a focus on Print/Pack. He has to be the one negotiating conditions. Regarding license pricing he has the freedom to rebate up to 50% of list price. For higher rebates myself/Dick have to give a Go. Nevertheless: All paperwork that is going outside has to have 2 signatures.

Besides controlling and financials (linked to T. Hennig) Susan has to take care for correct and clean document flow.

Brad, Roy and Chris have to take care for their consultants, check quality, create input for sales kits, etc. As profit managers they are responsible for the BE 2 (margin of the PC). This means also planning and execution of extending /reducing staff etc. From a selling point of view they and the lead consultants at the client side should manage up selling. They also have to take care that HR issues will be solved or addressed immediately. We should not loose consultants because of contact issues and expectation. Myself and Dick will closely track the performance of the profit center.

My role will be to support the sales, but more or less at the end of the sales cycle. I will also have a view on the product/service marketing as well checking quality of projects or intellectual quality of content. I feel free to call each and everybody of you directly to get an understanding. Everybody of you should feel free to call me, if he wants to discuss something. Getting my recommendation to an issue does not mean a decision. This has to be done by the owner of an issue.

Again: No paper flow to the outside without 2 persons involved, also if it might be not necessary from a legal point of view. One who is owner and another one to be involved. Please take care for legal correctness.

I hope you got the messages, excuse my language, I a not a native.

Regards

Manfred

PS: I

2



**REDACTED**

-----Original Message-----
From: Wassel, Manfred [mailto:manfred.wassel@syskoplan.de]
Sent: Monday, August 30, 2004 1:35 PM
To: McCarthy, Richard; Pitts, Richard; Gentile Jr, Joseph
Cc: Nallan, Kevin; 'reggie.pacquin@sap.com'
Subject: AW: Schedule


Dick,
I am more than willing to keep up the conversation with Dave Spinelli.
You have to give me the direction. But it should be efficient regarding my travelling.

By the way: We bought the template .... based on SAP's recommendation and certification from Unit /U. Göring,
without a real deep technical diligence.
We bought the engine AS//Print (configuration) from the 100% SAP company Steeb.

Dick, would you please find out what Joe meaning with lack of completeness as well as lack of responsiveness.

As I was in discussions with IPC I absolutely disagree with the assessment.
We were committed to year end,
We met the milestones on the critical path (product types) even for an earlier Go Live date. IPC extended the Go Live date because of internal reasons. And they stopped the project because of internal reasons.


Manfred

-----Ursprüngliche Nachricht-----
Von: McCarthy, Dick
Gesendet: Montag, 30. August 2004 01:47
An: 'Pitts, Richard'; McCarthy, Dick; Gentile Jr, Joseph; Wassel, Manfred
Cc: Nallan, Kevin; 'reggie.pacquin@sap.com'
Betreff: RE: Schedule
Wichtigkeit: Hoch

Rick, Anro will be completed successfully, as I have said many times-Manfred visit or not-he will speak with Dave on Monday as I indicated.
The client is fine with this. We are moving forward.

So I guess we agree to disagree.

Talk to you soon.

SAP-IPC000178

**From:** Nallan, Kevin
**Sent:** Tuesday, May 25, 2004 5:38 PM
**To:** Gentile Jr, Joseph; Pitts, Richard
**Subject:** FW: follow up on IPC

**Importance:** High

Manfred Wassel / Sykoplan has confirmed for the call Thurs May 27th 9:30am. Manfred has invited Dick McCarthy to the call. Here are my summmary notes from Monday call with IPC (Scheid, all)

Notes from 5/24/04 call:
Call with Steve Scheid, joining him were Richard Butterworth CFO, Dave Thompson, Chris Corbett, Kathy Jaegers, Clive DeCastro. Rick Pitts, Joe Gentile, Kevin Nallan -SAP.

Major concerns of IPC: a) is SAP committed to Print market, b) some industry standards are not in syskoplan solution (see list), this is 'make or break' set*, pared down from (28) item delta list, c) concern that syskoplan mis-represented, over-promised, under-delivered functionality in demo (Spring 03). 'Vaporware' and 'fraud' terminology was used in description. d) syskoplan lacks industry expertise exhibited by Uwe Goehering & Elke, e) IPC believes syskoplan lacks 'drive to closure" due to lack of progress, questionable commitment. Manfred visit in mid-March promised much, IPC feels resources were not ramped up, pulled away to other projects, want best resources returnded to project (Willie, Tomas).

* functionality list (missing)
Versioning
Contract Pricing/ laundry list pricing
Multiple ship-to's (single bill-to)
Change Order Management
Data collection (time, signatures, remote interface via web/portal) Mark-up Scheduling (1st bbk, now SAP R/3)

IPC wants the project aligned (to expectations), resourced, an moving forward to 12/26 go:live.

Next steps:
SAP to assess. Phone meeting with Manfred 5/27/04; respond with plan by end-of-week. May require SAP resource, Print expert.


Kevin Nallan
> SMB Channel Development Manager
> SAP America
> Office: (781) 522-5234
> Fax: (781) 684-6401
> Mobile: (603) 275-0929
> <mailto:kevin.nallan@sap.com>
> www.sap.com/smb
THE BEST RUN BUSINESSES RUN SAP




-----Original Message-----
From: McCarthy, Richard
Sent: Tuesday, May 25, 2004 9:24 AM
To: manfred.wassel@syskoplan.de; carmen.stickling@syskoplan.de
Cc: Nallan, Kevin
Subject: RE: follow up on IPC
Importance: High

1

SAP-IPC 000383

I will plan to be on-and meet with Kevin tomorrow to get the background on SAP call with Steve.

Dick

-----Original Message-----
From:      Wassel, Manfred
Sent: Tuesday, May 25, 2004 8:58 AM
To:     Stickling, Carmen
Cc:     McCarthy, Dick
Subject:    WG: follow up on IPC


-----Ursprüngliche Nachricht-----
Von: Nallan, Kevin [mailto:kevin.nallan@sap.com]
Gesendet: Montag, 24. Mai 2004 23:01
An: Wassel, Manfred; Gentile Jr, Joseph
Cc: Pitts, Richard
Betreff: follow up on IPC


When: Thursday, May 27, 2004 9:30 AM-10:30 AM (GMT-05:00) Eastern Time (US & Canada).
Where: MeetingPlace call

*~*~*~*~*~*~*~*~*

Manfred,
Please confirm your availability. This phone meeting is to follow-up on our discussion about IPC, at lunch 22-April.
Regards,
Kevin Nallan
> SMB Channel Development Manager
> SAP America
> Mobile: (603) 275-0929
> <mailto:kevin.nallan@sap.com>
>
>
>
>

___

Kevin Nallan has invited you to a MeetingPlace e-Conference (Mtg ID 5234) on MAY, 27 2004 at 9:30 AM America/New_York. If provided, use the following password:

Call 610-661-0603 . Enter Mtg ID 5234 when prompted.
To call, Toll Free dial: 877-727-0040

From SAP Network dial: 201-0603

For more information about this meeting, contact: Kevin Nallan,

___

SAP-IPC 000384

EXHIBIT H

**From:** <Dick.McCarthy@syskoplan.com>
**To:** <jfisk@ipcjci.com>, <mgalla@ipcjci.com>, <drothsch@ipcjci.com>, <dnewman@ipcjci.com>
**Date:** Sat, Mar 20, 2004 11:13 AM
**Subject:** Syskoplan Training

First let me apologize to those who may have gotten an erroneous message from me late Friday. It was not my attempt at German just an administrative mistake. Again my apologies. With that cleared up I would now on behalf on Dr Manfred Wassel ,myself and the entire Syskoplan team welcome you to our US Headquarters in Burlington MA.

We have prepared an intensive training session that I am sure will meet your expectations.

If you need anything between now and your arrival please contact me on my cell phone-617-460-2245

Regards,

Dick McCarthy
Senior Vice President


**CC:** <manfred.wassel@syskoplan.de>, <kkozminski@ipcjci.com>, <sscheid@ipcjci.com>, <rbutterw@ipcjci.com>



| | |
|---|---|
| From: | <Isaac.Lockhart@syskoplan.com> |
| To: | <vkravchenko@ipcjci.com>, <jfisk@ipcjci.com>, <mgalla@ipcjci.com> |
| Date: | Fri, May 21, 2004 10:19 AM |
| Subject: | FW: SAP note 90293.txt |

Vlad our developer in Germany Willy Strothman is trying to connect to the IPC system. His purpose is to review and assist in answering questions on the IPC Configuration team issues list. He is trying to look at the Product Types they have in process. Your immediate assistance would be greatly appreciated.

Thanks
Isaac

-----Original Message-----
From: Strothmann, Willy-Bernhard
Sent: Friday, May 21, 2004 7:03 AM
To: Lockhart, Isaac
Cc: Micke, Thomas; Bry, Erik
Subject: SAP note 90293.txt

 Dear Isaac,
Attached is the SAP note that is refered if I try to open the conection to IPC in the CSN/OSS.
Best regards,
  Willy

SAP note 90293.txt
<<SAP note 90293.txt>>


CC:           <thomas.micke@syskoplan.com>, <tpabla@ipcjci.com>

IPC 2159

**EXHIBIT J**

| | |
|---|---|
| From: | "Wassel, Manfred" <manfred.wassel@syskoplan.de> |
| To: | "'sscheid@ipcjci.com'" <sscheid@ipcjci.com> |
| Date: | Fri, Jul 2, 2004  1:42 PM |
| Subject: | Status . My thoughts   highly confidential |

Dear Steve ,
SAP (Joe) was extremely disappointed that I did not join your last phone conference.
The reason : The collaboration with the SAP local field organization has to be controlled and worked out with our local organizations.
This is valid for the entire syskoplan group. Otherwise I have to deal with the US and Canada organization as well as with several countries in Europe. I can't do that .
And sometimes I am pretty aggressive in direction to SAP , that is cotraproductiv for our local guys.  As English is not my native language it could even be dangerous.
Sometimes I feel an attitude as if we were their employees , but having the financial risk as well.

Dear Steve ,
I am  a 100% committed to stay in contact with you personally and IPC (as our client) to manage critical situations . And I am all the time involved in the background .

My proposal :
When the plan how to proceed will be worked out , I want to have a chat with you for our both commitment on that plan . Just us  both .
Along the project we should have a phone conference all 2 weeks. I am ok , if you invite SAP to join , I would like to have Dick on the phone then  as well .
Or just we both.

What is your opinion ?

Have a nice weekend
Best Regards
Manfred

PS : I will be in the US week 31 . We can meet if you want , Dick is currently planning my agenda .

IPC 1245