
## Bowditch
## &Dewey
ATTORNEYS

Direct telephone: (508) 926-3408
Direct facsimile: (508) 929-3011
Email: lciavarra@bowditch.com

December 21, 2005

The Honorable Robert B. Collings
United States Courthouse
Suite 2300
1 Courthouse Way
Boston, MA 02210

  Re: *IPC Print Services, Inc. v. Syskoplan Consulting, Inc. and Syskoplan AG*
    *Civil Action No. 04-12341-GAO*

Dear Judge Collings:

  The parties are currently scheduled to appear before you tomorrow at 10:30 a.m. on Plaintiff's Motion to Compel. Attorney Racette and I have spent a good deal of time over the past several weeks attempting to narrow the issues in dispute concerning our outstanding discovery requests. As a result of further discussions this morning, we believe that we have been able to resolve the issues that were presented to you in our Motion and Defendant's Opposition. Therefore, it will be unnecessary for the parties to proceed with the Motion to Compel and we are withdrawing the Motion at this time with the expectation of our ability to resolve all of these issues.

  Thank you for your attention and courtesy.

            Very truly yours,

            Louis M. Ciavarra

LMC/scb

cc: Michael Racette