# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IPC PRINT SERVICES, INC.,
    Plaintiff,

v.

SYSKOPLAN CONSULTING, INC.,
ET AL,
    Defendants.

CIVIL ACTION NO:
04-12341-GAO

## *ORDER RE: SETTLEMENT*

COLLINGS, U.S.M.J.

    Counsel have advised that the above-styled case has settled.

    Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Monday, April 3, 2006.**

    */s/ Robert B. Collings*
    ROBERT B. COLLINGS
    United States Magistrate Judge

March 2, 2006

Copy to:
Louis M. Ciavarra, Esquire
David L. Ferrera, Esquire
Michael J. Racette, Esquire