THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IPC PRINT SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 04-12341-GAO |
| | ) | |
| v. | ) | |
| | ) | |
| SYSKOPLAN CONSULTING INCORPORATED and SYSKOPLAN AG | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

NOW COME the Plaintiff, IPC Print Services, Inc. and the Defendants, Syskoplan Consulting Incorporated and Syskoplan AG, in the above-captioned matter and, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that the Plaintiff's Amended Complaint is hereby dismissed with prejudice, without costs, without attorney's fees and with all rights of appeal waived.

Respectfully submitted,

| | |
|---|---|
| **IPC PRINT SERVICES, INC.,** | **SYSKOPLAN CONSULTING** |
| Plaintiff, | **INCORPORATED AND SYSKOPLAN AG,** |
| By Its Attorneys, | Defendants, |
| BOWDITCH & DEWEY, LLP | By Their Attorneys, |
| | MORRISON MAHONEY LLP |
| | |
| */s/Louis M. Ciavarra* (with permission) | */s/Nicholas P. Alexander* |
| Louis M. Ciavarra, Esq., BBO # | Nicholas P. Alexander BBO#544173 |
| 311 Main Street | Michael J. Racette BBO#555350 |
| Worcester, MA 01601 | 250 Summer Street |
| (508) 926-3408 | Boston, MA 02210 |
| | (617) 439-7500 |

1165279v1

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on 3/9/06.
*/s/Nicholas P. Alexander*
BBO No. 544173