

# Bowditch & Dewey
ATTORNEYS

Direct telephone:  (508) 926-3408
Direct facsimile:  (508) 929-3011
Email:  lciavarra@bowditch.com

**CORRESPONDENCE FILED BY ECF**

September 9, 2008

Paul Lyness, Clerk to the
Honorable George A. O'Toole, Jr.
United States District Court for the
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

   ***Re:***   ***IPC Print Services, Inc. v. Syskoplan Consulting Incorporated***
      ***and Syskoplan AG - Civil Action No. 04-12341-GAO***

Dear Mr. Lyness:

  As discussed during our telephone conversation this morning, I understand there is a letter from me which was filed under seal.  Please feel free to include that letter in the file.

        Very truly yours,

        /s/ Louis M. Ciavarra

        Louis M. Ciavarra

LMC/nao

{Client Files\LIT\304358\0001\COR\01237691.DOC;1}

BOWDITCH & DEWEY, LLP   311 MAIN STREET   PO BOX 15156   WORCESTER, MA 01615-0156
T 508 791 3511   F 508 756 7636   www.bowditch.com   *Boston   Framingham   Worcester*

